**Fill in this information to identify your case:**

Debtor 1    **Justin Paul Gordon**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number    **17-30894**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $ **1,240,250.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ **52,301.18** |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $ **1,292,551.18** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **286,429.69** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ **28,062.42** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **356,010.94** |
| **Your total liabilities** | $ **670,503.05** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **10,016.67** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $ **13,501.64** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                          Case number *(if known)*   **17-30894**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form   $ _____
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ 1,500.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 26,562.42 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 28,062.42 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1        __Justin Paul Gordon__
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number    __17-30894__

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

1.1

**1371 Woodcrest Drive**
Street address, if available, or other description

**Houston**          **TX**     **77018-5253**

City              State      ZIP Code

**Harris**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lt 1 Blk 8  Oak Forest Sec 1**
**Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or procceds.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
**$1,236,000.00**

**Current value of the portion you own?**
**$1,236,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Homestead**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Justin Paul Gordon**                                                    Case number *(if known)*   **17-30894**

**If you own or have more than one, list here:**

1.2

**Oklahoma, Stephens County**
Street address, if available, or other description

| | |
|---|---|
| | |

City                State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Possible Mineral Rights**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Legal Description: 4-2N-4W SWSWNW (1/2 INT IN 10 ACRES)**
**There may be other mineral rights. Will amend upon receipt of additional information.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$8,500.00**                      **$4,250.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**        **$1,240,250.00**

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1    Make:    **Tesla - Series: P85D**
Model:    **Model S**
Year:    **2014**
Approximate mileage:        **26,000**
Other information:

**Icon Bank Lien: $143,073.00**
**Car was wrecked and repaired; needs additional repairs**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$40,000.00**                      **$0.00**

---

3.2    Make:    **Mercedes-Benz**
Model:    **Airstream Interstate**
Year:    **2015**
Approximate mileage:        **15,000**
Other information:

**Bank of America Lien $109,804.61**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$85,000.00**                      **$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                         Case number *(if known)*   **17-30894**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

   **$0.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings** *Examples:* Major appliances, furniture, linens, china, kitchenware <br> ☐ No <br> ■ Yes. Describe..... <br><br> **Sofas, Overstuffed Chairs, Coffee Table, Decor Items, Bar Stools, Wall Mirror, Dinning Table, Chairs, Side Buffet, Rug, King Size Bed, Night Stands, Bed, Bed Bench, Chairs, Filing Cabinets, Refridgerator, Lamps, Generators - See appraisal attached as Exhibit B-6** | **$6,800.00** |
| 7. **Electronics** *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games <br> ☐ No <br> ■ Yes. Describe..... <br><br> **(5) TVs, (2) Cell Phones, (1) Xbox 360, children's toys and Office Equipment: (4) Computers and (3) Printers - See appraisal attached as Exhibit B-6** | **$2,600.00** |
| 8. **Collectibles of value** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles <br> ☐ No <br> ■ Yes. Describe..... <br><br> **(1) Painting, (30) Books, and (30) Pictures** | **$500.00** |
| 9. **Equipment for sports and hobbies** *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments <br> ☐ No <br> ■ Yes. Describe..... <br><br> **Rowing Machine, Incline Stepper, Bicycle, and Global Eletric Motors Golf Cart - See appraisal attached as Exhibit B-6** | **$3,400.00** |
| 10. **Firearms** *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment <br> ☐ No <br> ■ Yes. Describe..... | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

EXHIBIT B-6

# 𝔚ebster's

## AUCTION PALACE INC.
## 14463 LUTHE RD * HOUSTON, TX 77039
## 281-442-2351 * www.webstersauction.com

December 19, 2016

To:   Mr. Justin Gordon
      1371 Woodcrest
      Houston, Texas 77018

From: William I. Webster
      Webster's Auction Palace Inc.
      14463 Luthe Rd.
      Houston, Texas 77039

RE:   Fair Market Value


        On December 15, 2016 I conducted a Fair Market Value at the residence of Mr. Justin Gordon at 1371 Woodcrest, Houston, Texas 77018. A Fair Market Value is not an appraisal, it is my professional opinion on the value of an item, if the auction method were used to market and sell. I have arrived at these values by selling like items for the past thirty-five years in the Houston market.
        I asked Mr. Gordon if he had any collections of guns, coins, gold, art, stamps, and/or jewelry that I should be aware of. He indicated that he had three pistols, one rifle, and a few pieces of jewelry, which he showed me.
        At Mr. Gordon's residence I was able to view the Tesla. However, the Mercedes RV and GEM e4 Golf Cart were not on location. I utilized a vehicle value guide to arrive at the value of the Mercedes RV and the GEM Golf Cart.

The following are the Fair Market Values of the inventory:

Living Room:

|  |  |
|---|---|
| Sofas | $ 100.00 |
| Overstuffed Chairs | $ 100.00 |
| Coffee Table | $ 100.00 |
| Décor Items | $ 200.00 |

Garage:

|  |  |
|---|---|
| 2014 Tesla Model S Electric P85D | $50,000.00 |
| 2015 Mercedes Interstate by Airstream (not seen) | $85,000.00 |
| GEM e4 Golf Cart | $ 3,000.00 |
| Refrigerator | $ 200.00 |
| Pair of Generators | $ 300.00 |
| Bicycles | $ 200.00 |

Kitchen & Bar:

|  |  |  |
|---|---|---|
| Bar Stools | $ | 400.00 |
| Wall Mirror | $ | 600.00 |

Master Bedroom:

|  |  |  |
|---|---|---|
| King Size Bed | $ | 700.00 |
| Nightstands | $ | 400.00 |
| Lamps | $ | 200.00 |
| TV | $ | 500.00 |
| Bed Bench | $ | 200.00 |
| (3) H&K .45 Auto Pistols | $ | 1,200.00 |
| Full Size .45 Rifle w/ Scope & Suppressor | $ | 1,300.00 |
| Woman's Necklace & Earrings | $ | 800.00 |
| Woman's Aquamarine Ring | $ | 2,000.00 |
| Cocktail Ring | $ | 500.00 |
| Diamond Ring | $ | 500.00 |
| Pocket Watch | $ | 100.00 |

Dining Room:

|  |  |  |
|---|---|---|
| Large Dining Table | $ | 500.00 |
| 8 Chairs | $ | 400.00 |
| Side Buffet | $ | 200.00 |
| Rug | $ | 200.00 |

Office:

|  |  |  |
|---|---|---|
| TV | $ | 300.00 |
| Computers | $ | 700.00 |
| Office Equipment | $ | 200.00 |
| Chairs & File Cabinets | $ | 300.00 |

Exercise Room:

|  |  |  |
|---|---|---|
| Rowing Machine | $ | 100.00 |
| Incline Stepper | $ | 100.00 |
| TV | $ | 200.00 |

Bedroom:

|  |  |  |
|---|---|---|
| Nightstands | $ | 300.00 |
| Bed | $ | 200.00 |
| TV | $ | 300.00 |

Bedroom:

|  |  |  |
|---|---|---|
| Bed | $ | 300.00 |
| Rug | $ | 100.00 |
| TV | $ | 300.00 |
| Chair | $ | 100.00 |
| Wall Mirror | $ | 200.00 |

Bedroom:

| | | |
|---|---|---|
| Wall Mirror | $ | 100.00 |
| Chest & Bed | $ | 200.00 |
| Children's Toys | $ | 100.00 |

Outside:

| | | |
|---|---|---|
| Patio Set | $ | 200.00 |
| **Total** | | **$154,100.00** |

At your service,

Col. William I. Webster
President
Webster's Auction Palace Inc.

| Debtor 1 | **Justin Paul Gordon** | Case number *(if known)* | **17-30894** |

| | |
|---|---|
| **(3) H&K .45 Auto Pistols and Full Size .45 Rifle w/Scope & Suppressor - See appraisal attached as Exhibit B-6** | **$2,500.00** |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Shirts, pants, shoes, socks, undergarments, hats, coats, jackets** | **$3,000.00** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Woman's necklace and earrings, Woman's Aquamarine Ring, Cocktail Ring, Diamond Ring, Pocket Watch** | **$3,900.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Full Blood German Shephard** | **$300.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**   **$23,000.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

| | |
|---|---|
| **Cash** | **$200.00** |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Money Market Savings** | **Bank of America (Acct Ending 9467)** **Justin Paul Gordon** **Value as of January 19, 2017** | **$25.28** |

Debtor 1   **Justin Paul Gordon**                                            Case number *(if known)*   **17-30894**

| | | | | |
|---|---|---|---|---|
| 17.2. | **Adv Tiered Interest Checking** | **Bank of America (Acct Ending 7472)** <br> **Justin P Gordon** <br> **Value as of February 9, 2017** | | **$74.90** |
| 17.3. | **Checking** | **Icon Bank (Acct Ending 8411)** <br> **Justin Gordon** <br> **Value as of January 16, 2017** | | **$1.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **HUC Ecurie 25 (Former Houston Motor Club)** <br> **Owns 700,000 Units** | **Unknown** % | **Unknown** |
| **Luxe Hospitality Group, LLC** <br> **Owns 153,161 Units** | **Unknown** % | **Unknown** |
| **Justin Gordon Homes, LLC formerly known as** <br> **Malla & Gordon Homes Development, LLC** | **100** % | **Unknown** |
| **Justin Gordon Rentals, LLC** | **100** % | **Unknown** |
| **Justin Gordon Construction, LLC** | **100** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                       Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Addendum to Schedule A/B**
**Continuation of #19**
**FOR DISCLOSURE PURPOSES ONLY**

Justin Gordon Rentals, LLC
Owns properties located at:

1367 Woodcrest Dr., Houston, TX 77018
Lot 2 Blk 8 Oak Forest Sec 1
Current value: $285,547.00

4013 Ella Blvd., Houston, TX 77018
Lot 26 Blk 3 Oak Forest Sec 1
Current value: $218,340.00

Justin Gordon Rentals, LLC
Bank accounts located at:

Bank of America
Acct Ending: 9619
Value of $0.00 as of February 9, 2017

Acct Ending: 9382
Value of $0.00 as of February 9, 2017


Justin Gordon Homes, LLC
Bank account located at:

Icon Bank
Acct Ending 5516
Value Unknown as of February 9, 2017

| Debtor 1 | **Justin Paul Gordon** | Case number *(if known)* | **17-30894** |
| --- | --- | --- | --- |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes.  Describe each claim.........

| | |
| --- | --- |
| **Tesla Wreck - Car accident that devalued Car plus 5 months rental** <br> **Claim against Matias Chaol - 6425 Routgers Ave., Houston, TX 77005** | **Unknown** |

| | |
| --- | --- |
| **Real Estate services plus services provided by Hartman & Associates** | **$29,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                                          Case number *(if known)*   **17-30894**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................................**   | **$29,301.18**

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|         | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**   | **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |

| # | | | |
|----|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................................... | | **$1,240,250.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$23,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$29,301.18** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$52,301.18**   Copy personal property total | **$52,301.18** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$1,292,551.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Paul Gordon** |
| | First Name                          Middle Name                          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                          Middle Name                          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number | **17-30894** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1371 Woodcrest Drive Houston, TX 77018-5253  Harris County Lt 1 Blk 8  Oak Forest Sec 1 Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or procceds.**<br>Line from *Schedule A/B*: **1.1** | $1,236,000.00 | ■ $1,236,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** |
| **2014 Tesla - Series: P85D Model S 26,000 miles Icon Bank Lien: $143,073.00 Car was wrecked and repaired; needs additional repairs**<br>Line from *Schedule A/B*: **3.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** |
| **Sofas, Overstuffed Chairs, Coffee Table, Decor Items, Bar Stools, Wall Mirror, Dinning Table, Chairs, Side Buffet, Rug, King Size Bed, Night Stands, Bed, Bed Bench, Chairs, Filing Cabinets, Refridgerator, Lamps, Generators - See appraisal attached as Exhib**<br>Line from *Schedule A/B*: **6.1** | $6,800.00 | ■ $6,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Justin Paul Gordon** | | Case number (if known) | **17-30894** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **(5) TVs, (2) Cell Phones, (1) Xbox 360, children's toys and Office Equipment: (4) Computers and (3) Printers - See appraisal attached as Exhibit B-6**<br>Line from *Schedule A/B*: **7.1** | $2,600.00 | ■ | $2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **(1) Painting, (30) Books, and (30) Pictures**<br>Line from *Schedule A/B*: **8.1** | $500.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Rowing Machine, Incline Stepper, Bicycle, and Global Eletric Motors Golf Cart - See appraisal attached as Exhibit B-6**<br>Line from *Schedule A/B*: **9.1** | $3,400.00 | ■ | $3,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(8)** |
| **Shirts, pants, shoes, socks, undergarments, hats, coats, jackets**<br>Line from *Schedule A/B*: **11.1** | $3,000.00 | ■ | $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5)** |
| **Woman's necklace and earrings, Woman's Aquamarine Ring, Cocktail Ring, Diamond Ring, Pocket Watch**<br>Line from *Schedule A/B*: **12.1** | $3,900.00 | ■ | $3,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6)** |
| **Full Blood German Shephard**<br>Line from *Schedule A/B*: **13.1** | $300.00 | ■ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(11)** |
| **H&K .45 Auto Pistol and Full Size .45 Rifle w/Scope and Suppessor**<br>Line from *Schedule A/B*: | $2,000.00 | ■ | $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(7)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■ No

   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1        **Justin Paul Gordon**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number   **17-30894**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
| --- | --- | --- | --- |

| 2.1 | **Bank of America** | Describe the property that secures the claim: | $109,804.61 | $85,000.00 | $24,804.61 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**2015 Mercedes-Benz Airstream Interstate**

**Nc4-105-03-14
PO Box 26012
Greensboro, NC 27410**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 02/15  Last Active 12/01/16**     Last 4 digits of account number   **6450**

| 2.2 | **Hunter-Kelsey II, LLC** | Describe the property that secures the claim: | $33,552.08 | $1,236,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**1371 Woodcrest Drive Houston, TX 77018-5253  Harris County
Lt 1 Blk 8  Oak Forest Sec 1
Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or procceds.**

**3432 Greystone Drive
Suite 100
Austin, TX 78731**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**

First Name          Middle Name          Last Name

Case number (if know)   **17-30894**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Tax lien**

**Date debt was incurred** _____

**Last 4 digits of account number**   **0001**

| 2.3 | **Icon Bank of Texas** | | **$143,073.00** | **$40,000.00** | **$103,073.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2014 Tesla - Series: P85D Model S
26,000 miles
Icon Bank Lien: $143,073.00
Car was wrecked and repaired;
needs additional repairs**

**7908 N. Sam Houston
Pkwy W, Suite 100
Houston, TX 77064**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$286,429.69** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$286,429.69** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin Paul Gordon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number   **17-30894**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Harris County, et al** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
| Priority Creditor's Name | | | | |

**c/o Linebarger Goggan Blair & Sampson**
**Attn: Herbert "Trey" A. Stone, III**
**PO Box 3064**
**Houston, TX 77253-3064**

When was the debt incurred?   _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       **Lawsuit**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    42392                    Best Case Bankruptcy

Debtor 1    **Justin Paul Gordon**                                    Case number (if know)    **17-30894**

| 2.2 | **Mike Sullivan** | Last 4 digits of account number | **0001** | **$26,562.42** | **$26,562.42** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**P. O. Box 4622**
**Houston, TX 77210**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| 2.3 | **Office of the Attorney General/** | Last 4 digits of account number | | **$1,500.00** | **$1,500.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Child Support**
**Attn: Bankruptcy**
**PO Box 12017**
**Austin, TX 78711**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Justin Paul Gordon**                                    Case number (if know)     **17-30894**

| 4.1 | **American Express** | Last 4 digits of account number  **4001** | **$6,722.91** |

Nonpriority Creditor's Name
**P. O. Box 360001**
**Fort Lauderdale, FL 33336-0001**

**When was the debt incurred?**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.2 | **American Express Centurion Bank** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**c/o Elise D. Manchester**
**Old Town Square 1, 1 Chisholm Trail**
**Suite 301**
**Round Rock, TX 78681**

**When was the debt incurred?**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

| 4.3 | **Amex** | Last 4 digits of account number  **9343** | **$62,526.00** |

Nonpriority Creditor's Name
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

**When was the debt incurred?**  **Opened 07/10  Last Active 8/23/15**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Debtor 1  **Justin Paul Gordon**                                                    Case number (if know)    **17-30894**

---

| 4.4 | **Amex** | Last 4 digits of account number | **7673** | **$6,722.00** |

Nonpriority Creditor's Name

**Correspondence
Po Box 981540
El Paso, TX 79998**

**When was the debt incurred?**  **Opened 08/10  Last Active 5/02/16**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.5 | **Apelles (ADT Security)** | Last 4 digits of account number | **8273** | **$315.72** |

Nonpriority Creditor's Name

**3700 Corporate Drive, Suite 240
Columbus, OH 73231**

**When was the debt incurred?**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections Personal**

---

| 4.6 | **Bank Of America** | Last 4 digits of account number | **0196** | **$39,837.00** |

Nonpriority Creditor's Name

**Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410**

**When was the debt incurred?**  **Opened 01/04  Last Active 11/24/15**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                          Case number (if know)   **17-30894**

| 4.7 | **Bank Of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6661**                          **$0.00**

**When was the debt incurred?**   **Opened 10/06  Last Active 12/18/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.8 | **Bank Of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **5689**                          **$0.00**

**When was the debt incurred?**   **Opened  6/02/98  Last Active 4/24/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.9 | **Bank Of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **8609**                          **Unknown**

**When was the debt incurred?**   **Opened 11/06  Last Active 6/11/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Justin Paul Gordon**                                                Case number (if know)    **17-30894**

---

**4.10**

**Bank of America**
Nonpriority Creditor's Name
**P O Box 15710**
**Wilmington, DE 19886-5710**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7030**                    **$36,751.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.11**

**Bank of America**
Nonpriority Creditor's Name
**Nc4-105-03-14**
**PO Box 26012**
**Greensboro, NC 27410**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____                    **$24,804.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2015 Mercedes-Benz Airstream Interstate**

---

**4.12**

**Capital One**
Nonpriority Creditor's Name
**General Correspondence**
**Po Box 30285**
**Salt lake City, UT 84130**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6133**                    **$0.00**

**When was the debt incurred?**   **Opened 12/21/07  Last Active 2/06/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Justin Paul Gordon**                                      Case number (if know)    **17-30894**

---

**4.1 3**

**Capital One**                                      Last 4 digits of account number    **4092**                                      $0.00

Nonpriority Creditor's Name

**Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 11/05  Last Active 2/01/08**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Credit Card**

---

**4.1 4**

**Capital One / Saks F**                                      Last 4 digits of account number    **8386**                                      $0.00

Nonpriority Creditor's Name

**Po Box 30285 Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 02/11  Last Active 11/17/12**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Charge Account**

---

**4.1 5**

**Central Credit Services LLC**                                      Last 4 digits of account number    **3381**                                      $315.72

Nonpriority Creditor's Name

**P. O. Box 1880 Saint Charles, MO 63302-1880**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Collections Personal**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                   Case number (if know)    **17-30894**

| 4.16 | **Citibank/Best Buy** | Last 4 digits of account number | **0156** | $0.00 |

Nonpriority Creditor's Name

**Citicorp/Centralized Bankruptcy**
**Po Box 790040**
**Saint Louis, MO 63179**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 12/21/07  Last Active 9/09/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.17 | **Credit Collection Services** | Last 4 digits of account number | **2733** | $2,066.00 |

Nonpriority Creditor's Name

**Farmers Insurance**
**725 Canton Street**
**Norwood, MA 02062**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal debt**

---

| 4.18 | **Deputy Cindia Torres** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**Constable - Precint 1**
**1302 Preston, Suite 301**
**Houston, TX 77002**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                     Case number (if know)   **17-30894**

---

**4.19**

**ERC/Enhanced Recovery Corp**
Nonpriority Creditor's Name

**8014 Bayberry Rd
Jacksonville, FL 32256**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0243**                  **$0.00**

**When was the debt incurred?**    **Opened 06/16  Last Active 11/30/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney
AT T**

---

**4.20**

**Ford Motor Credit**
Nonpriority Creditor's Name

**National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3876**                  **$0.00**

**When was the debt incurred?**    **Opened 05/09  Last Active 5/18/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Automobile**

---

**4.21**

**Hot Water Guys**
Nonpriority Creditor's Name

**352 Link Road
Houston, TX 77009**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **7281**                  **$100.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Home repair**

---

Debtor 1   **Justin Paul Gordon**                     Case number (if know)   **17-30894**

---

**4.2 2**

**Icon Bank of Texas**
Nonpriority Creditor's Name
**7908 N Sam Houston Parkway W Suite 100 Houston, TX 77064**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$103,073.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2014 Tesla - Series: P85D Model S**

---

**4.2 3**

**J Kevin Giglio MD PA**
Nonpriority Creditor's Name
**1801 N Loop West, Suite 10 Houston, TX 77008-1445**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4933**          **$36.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid medical bill**

---

**4.2 4**

**Jimmy W. and Yolanda Janacek**
Nonpriority Creditor's Name
**1136 Wakefiled Dr Houston, TX 77018**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

Debtor 1 **Justin Paul Gordon**                  Case number (if know)   **17-30894**

---

**4.25**

**Linebarger Goggan Blaire & Sampson, LLC**
Nonpriority Creditor's Name
**4828 Loop Center Drive, Suite 600 Houston, TX 77081**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

**$32,308.82**

---

**4.26**

**Michelle Renee Ficocello**
Nonpriority Creditor's Name
**2003 Stonecrest Houston, TX 77018**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

**4.27**

**Nordstrom Fsb**
Nonpriority Creditor's Name
**Correspondence Po Box 6555 Englewood, CO 80155**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **2895**

**When was the debt incurred?** **Opened 02/07  Last Active 12/30/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**$1,210.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1  **Justin Paul Gordon**                                    Case number (if know)     **17-30894**

| | | |
|---|---|---|
| 4.2 8 | **Office of the Atty General/Child Support** | Last 4 digits of account number  **3495**                                    **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 12017**
**Austin, TX 78711**

Number Street City State ZIp Code

**When was the debt incurred?**   **Opened 06/11  Last Active 12/19/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**Family Support**

---

| | | |
|---|---|---|
| 4.2 9 | **Porsche Financial Srvc** | Last 4 digits of account number  **7239**                                    **$0.00** |

Nonpriority Creditor's Name

**980 Hammond Dr**
**Atlanta, GA 30328**

Number Street City State ZIp Code

**When was the debt incurred?**   **Opened 04/13  Last Active 4/04/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lease**

---

| | | |
|---|---|---|
| 4.3 0 | **Real Time Resolutions** | Last 4 digits of account number  **1355**                                    **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 36655**
**Dallas, TX 75235**

Number Street City State ZIp Code

**When was the debt incurred?**   **Opened 01/08  Last Active 10/01/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Real Estate Mortgage**

---

Debtor 1   **Justin Paul Gordon**                                              Case number (if know)   **17-30894**

---

**4.3 1**

**Robin N. Blanchette**
Nonpriority Creditor's Name
**Germer, LLC**
**America Tower**
**2929 Allen Parkway, Suite 290**
**Houston, TX 77019**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

**4.3 2**

**San Antonio Credit Uni**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1356**
**San Antonio, TX 78295**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1101**          **$0.00**

When was the debt incurred?   **Opened 10/11  Last Active 12/12/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

**4.3 3**

**San Antonio Credit Uni**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1356**
**San Antonio, TX 78295**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2901**          **$0.00**

When was the debt incurred?   **Opened 09/09  Last Active 9/29/09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

Debtor 1  **Justin Paul Gordon**                                    Case number (if know)        **17-30894**

| 4.34 | **SBS/Bison Building Materials, LLC dba** |
|------|-------------------------------------------|

Nonpriority Creditor's Name
**Bison, A Stock Building Supply Company**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **A debt of Justin Gordon Homes LLC and Justin Gordon**

---

| 4.35 | **The Ark - Conrete Specialities, Inc.** |
|------|------------------------------------------|

Nonpriority Creditor's Name
**713 Lehman St.**
**Houston, TX 77018**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$195.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lawsuit**

---

| 4.36 | **The Houstonian Hotel, Club & Spa** |
|------|--------------------------------------|

Nonpriority Creditor's Name
**111 N. Post Oak Lane**
**Houston, TX 77024**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6880**                    **$1,933.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Justin Paul Gordon**                                    Case number (if know)   **17-30894**

| 4.37 | **Troy Williams** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Germer PLLC**
**America Tower**
**2929 Allen Parkway, Suite 2900**
**Houston, TX 77019**

Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only**

---

| 4.38 | **United Collection Bureau, Inc.Chase Bank** | Last 4 digits of account number   **1706** | **$37,093.07** |

Nonpriority Creditor's Name

**5620 Southwyck Blvd., Suite 206**
**Toledo, OH 43614**

Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Chase Bank**

---

| 4.39 | **Wells Fargo Dealer Services** | Last 4 digits of account number   **8391** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 19657**
**Irvine, CA 92623**

Number Street City State ZIp Code

**When was the debt incurred?**   **Opened 10/11  Last Active 11/04/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Automobile**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1   **Justin Paul Gordon**                                    Case number (if know)   **17-30894**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Central Credit Services LLC** <br> **20 Corporate Hills Drive** <br> **Saint Charles, MO 63301** | Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3381** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **The Houstonian Hotel, Club & Spa** <br> **c/o Jon Totz** <br> **Totz Ellison & Totz, PC** <br> **2211 Nortfork, Suite 510** <br> **Houston, TX 77098** | Line **4.36** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **W. Jason Walker** <br> **Andrews Myers PC** <br> **3900 Essex Lane. Suite 800** <br> **Houston, TX 77027** | Line **4.34** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 1,500.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 26,562.42 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 28,062.42 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 356,010.94 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 356,010.94 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Addendum to Schedule F**

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| ATS Southwest Lending<br>PO Box 460301<br>Houston, TX 77056 | 4013 Ella Blvd.<br>Houston, TX 77018<br>Owed by Justin Gordon Rentals, LLC | $65,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Hunter Kelsey II, LLC<br>3432 Greystone Drive<br>Suite 100<br>Austin, TX 78731 | 1367 Woodcrest Dr.<br>Houston, TX 77018<br>Owed by Justin Gordon Rentals, LLC<br>(Tax Lien) | $11,426.29 | Contingent<br>Unliquidated<br>Disputed |
| Icon Bank of Texas<br>7908 N. Sam Houston Pkwy<br>Suite 100<br>Houston, TX 77064 | 1367 Woodcrest Lot<br>Houston, TX 77018<br>Owed by Justin Gordon Rentals, LLC | $158,755.74 | Contingent<br>Unliquidated<br>Disputed |
| Icon Bank of Texas<br>7908 N. Sam Houston Pkwy<br>Suite 100<br>Houston, TX 77064 | 4013 Ella Blvd.<br>Houston, TX 77018<br>Owed by Justin Gordon Rentals, LLC | $170,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Comptroller of Public Accounts<br>PO Box 14348<br>Austin, TX 78714-9348 | Franchise Tax for 2016<br>Owed by Justin Gordon Homes, LLC<br>Acct No. xxxxx0494 | $4,418.91 | Contingent<br>Unliquidated<br>Disputed |
| Mike Sullivan<br>PO Box 4622<br>Houston, TX 77210 | Property Tax for:<br>4013 Ella Blvd., Houston, TX 77018<br>Owed by Justin Gordon Homes LLC | $5,907.33 | Contingent<br>Unliquidated<br>Disputed |
| Mike Sullivan<br>PO Box 4622<br>Houston, TX 77210 | Property Tax for:<br>1368 Woodcrest , Houston, TX 77018<br>Debt was owed by Justin Gordon Homes LLC<br>***Justin to look at this one. | $7,717.64 | Contingent<br>Unliquidated<br>Disputed |
| A&M Torres Construction, Inc<br>27519 Decker Prairie Rosehill Rd<br>Magnolia, TX 77355 | Debt owed by Justin Gordon Homes LLC | $835.00 | Contingent<br>Unliquidated<br>Disputed |
| American Arbitration<br>9 Greenway Plaza<br>Suite 1275 | Debt owed by Justin Gordon Homes LLC | $948.80 | Contingent<br>Unliquidated<br>Disputed |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| Houston, TX 77046 | | | |
| Anchor Security Specialists, Inc.<br>5511 Pinemont Dr<br>Houston, TX 77092 | Debt owed by Justin Gordon Homes LLC | $7,915.75 | Contingent<br>Unliquidated<br>Disputed |
| Aqua Surface Inc.<br>5702 Boyce Springs<br>Houston, TX 77066 | Debt owed by Justin Gordon Homes LLC | $185.00 | Contingent<br>Unliquidated<br>Disputed |
| Armando Bazan<br>11810 Fox Burd<br>Houston, TX 77065 | Debt owed by Justin Gordon Homes LLC | $10,372.50 | Contingent<br>Unliquidated<br>Disputed |
| Bison Stock Buliding Supply Co.<br>1445 W Sam Houston Pkwy N<br>Houston, TX 77043 | Debt owed by Justin Gordon Homes LLC and Justin Go | $96,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Brett Hartman<br>2000 Ella Blvd<br>Houston, TX 77008 | Debt owed by Justin Gordon Homes LLC | Unknown | Contingent<br>Unliquidated<br>Disputed |
| CenterPoint Energy (1221 Althea 77018)<br>PO Box 2628<br>Houston, TX 77252 | Debt owed by Justin Gordon Homes LLC | $157.00 | Contingent<br>Unliquidated<br>Disputed |
| CenterPoint Energy (4013 Ella Blvd. 77018)<br>PO Box 2628<br>Houston, TX 77252 | Debt owed by Justin Gordon Homes LLC | $110.80 | Contingent<br>Unliquidated<br>Disputed |
| Cesar Cazares<br>PO Box 7633<br>Houston, TX 77207 | Debt owed by Justin Gordon Homes LLC | $1,193.00 | Contingent<br>Unliquidated<br>Disputed |
| City of Houston<br>PO Box 924427<br>Houston, TX 77292 | Debt owed by Justin Gordon Homes LLC<br>Water for property address: 1367 Woodcrest<br>Houston, TX 77018 | 623.71 | Contingent<br>Unliquidated<br>Disputed |
| CNA Surety Direct Bill<br>PO Box 957312<br>St. Louis, MO 63195-7312 | Debt owed by Justin Gordon Homes LLC<br>for a Sidewalk Bond | $100.00 | Contingent<br>Unliquidated<br>Disputed |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| Cornerstone Hardware & Supplies<br>8648 Glenmont Dr., Suite 150<br>Houston, TX 77038 | Debt owed by Justin Gordon Homes LLC | $1,565.43 | Contingent<br>Unliquidated<br>Disputed |
| CSRS, PLLC (Custom Glass Design of Houston)<br>4646 Wild Indigo, Suite 110<br>Houston, TX 77027 | Debt owed by Justin Gordon Homes LLC | $3,255.00 | Contingent<br>Unliquidated<br>Disputed |
| Custom Glass Design of Houston<br>dba Shower Doors of Houston<br>1655 Townhurst, Suite 190<br>Houston, TX 77043 | Debt owed by Justin Gordon Homes LLC | $3,247.50 | Contingent<br>Unliquidated<br>Disputed |
| Dal-Tile Distribution, Inc.<br>7834 C.F. Hawn Frwy<br>Dallas, TX 75217 | Debt owed by Justin Gordon Homes LLC | 5011.28 | Contingent<br>Unliquidated<br>Disputed |
| DepoTexas<br>13101 Northwest Frwy, Suite 210<br>Houston, TX 77040 | Debt owed by Justin Gordon Homes LLC | $2,994.69 | Contingent<br>Unliquidated<br>Disputed |
| Evanston Insurance Company<br>Ten parkway North<br>Deerfield, IL 60015 | Debt owed by Justin Gordon Homes LLC | $450.00 | Contingent<br>Unliquidated<br>Disputed |
| Factory Builders Stores, Ltd.<br>8700 Fallbrook<br>Houston, TX 77064 | Debt owed by Justin Gordon Homes LLC | $25,866.34 | Contingent<br>Unliquidated<br>Disputed |
| Floors by Nelson, Inc<br>6147 Jason<br>Houston, TX 77074 | Debt owed by Justin Gordon Homes LLC | $24,807.50 | Contingent<br>Unliquidated<br>Disputed |
| Grogans Building Supply<br>2418 Yale<br>Houston, TX 77008 | Debt owed by Justin Gordon Homes LLC | $1,059.03 | Contingent<br>Unliquidated<br>Disputed |
| Hartman & Associates<br>2000 Ella Blvd.<br>Houston, TX 77008 | Debt owed by Justin Gordon Homes LLC | Unknown | Contingent<br>Unliquidated<br>Disputed |
| Headwaters Construction Materials | Debt owed by Justin Gordon Homes LLC | $1,504.68 | Contingent |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| 2088 FM 949<br>Alleyton, TX 78935 | | | Unliquidated<br>Disputed |
| JR Permits, Inc<br>530 Magnolia Bend<br>League City, TX 77573 | Debt owed by Justin Gordon Homes LLC | $405.14 | Contingent<br>Unliquidated<br>Disputed |
| James Monkemeier<br>13121 Louetta Road #1455<br>Cypress, TX 77429 | Debt owed by Justin Gordon Homes LLC | $6,700.00 | Contingent<br>Unliquidated<br>Disputed |
| Jennifer Powis<br>c/o Jason Johns<br>Jackson Walker LLP<br>1401 McKinney St., Suite 1900<br>Houston, TX 77002 | Debt owed by Justin Gordon Homes LLC | Unknown | Contingent<br>Unliquidated<br>Disputed |
| JSJ Electric Inc<br>1106 Hammock Street<br>Houston, TX 77009 | Debt owed by Justin Gordon Homes LLC | $550.00 | Contingent<br>Unliquidated<br>Disputed |
| L & W Weatherstripping, LLC<br>3421 N US Hwy 77<br>Schulenburg, TX 78956 | Debt owed by Justin Gordon Homes LLC | $865.00 | Contingent<br>Unliquidated<br>Disputed |
| Laguna Enterprises, Inc.<br>4354 Wilmington Street<br>Houston, TX 77051 | Debt owed by Justin Gordon Homes LLC | $8,291.00 | Contingent<br>Unliquidated<br>Disputed |
| Legacy Design Concrete Construction, LLC<br>10814 Warwana Rd<br>Houston, TX 77043 | Debt owed by Justin Gordon Homes LLC | $8,291.20 | Contingent<br>Unliquidated<br>Disputed |
| Lighting Inc<br>PO Box 266556<br>Houston, TX 77207 | Debt owed by Justin Gordon Homes LLC | $11,839.67 | Contingent<br>Unliquidated<br>Disputed |
| Linda Case<br>c/o Jason Johns<br>Jackson Walker LLP<br>1401 McKinney St., Suite 1900 | Debt owed by Justin Gordon Homes LLC | Unknown | Contingent<br>Unliquidated<br>Disputed |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| Houston, TX 77002 | | | |
| Lone Star Glass<br>3804 Bissonnet<br>Houston, TX 77005 | Debt owed by Justin Gordon Homes LLC | $9,521.15 | Contingent<br>Unliquidated<br>Disputed |
| M. Villegas Construction, Inc<br>5714 Cherry St.<br>Houston, TX 77026 | Debt owed by Justin Gordon Homes LLC | $4,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Martin Mendez<br>5959 Don White Lane<br>Houston, TX 77088 | Debt owed by Justin Gordon Homes LLC | $2,650.00 | Contingent<br>Unliquidated<br>Disputed |
| Miguel Correa<br>14631 Emerald Cypress<br>Cypress, TX 77429 | Debt owed by Justin Gordon Homes LLC | $1,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Morrison Supply Company<br>PO Box 70<br> Fort Worth, TX 76101-0070 | Debt owed by Justin Gordon Homes LLC | $11,580.65 | Contingent<br>Unliquidated<br>Disputed |
| National Fence Company<br>14802 Willis St.<br>Houston, TX 77039 | Debt owed by Justin Gordon Homes LLC | $1,302.25 | Contingent<br>Unliquidated<br>Disputed |
| Natran, LLC<br>1717 W. 22nd Street<br>Houston, TX 77008-1401 | Debt owed by Justin Gordon Homes LLC | $73.84 | Contingent<br>Unliquidated<br>Disputed |
| O'Connor & Associates<br>200 North Loop West<br>Suite 200<br>Houston, TX 77018 | Debt owed by Justin Gordon Homes LLC<br>Property Tax Protest (1221 Althea) | $1,292.53 | Contingent<br>Unliquidated<br>Disputed |
| Oscar A. Lopez<br>3217 Hage St<br> Houston, TX 77093 | Debt owed by Justin Gordon Homes LLC<br>Subcontract | $1,040.00 | Contingent<br>Unliquidated<br>Disputed |
| Paychex<br>11777 Katy Freeway<br>Suite 400<br>Houston, TX 77079 | Debt owed by Justin Gordon Homes LLC | Unknown | Contingent<br>Unliquidated<br>Disputed |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| Prefection Fireplace & Supply Co, LP<br>6742 N. Eldridge Pkwy<br>Houston, TX 77041 | Debt owed by Justin Gordon Homes LLC | $1,882.00 | Contingent<br>Unliquidated<br>Disputed |
| Pot-O-Gold Rentals, LLC<br>15634 Wallisville Road, Suite 800-336<br>Houston, TX 77049 | Debt owed by Justin Gordon Homes LLC | $2,823.58 | Contingent<br>Unliquidated<br>Disputed |
| ProBuild - Manvel Lumber<br>21520 E. Highway 6<br>Manvel, TX 77578 | Debt owed by Justin Gordon Homes LLC | $823.53 | Contingent<br>Unliquidated<br>Disputed |
| PSL Intregrated Solutions<br>2375 Bolsover<br>Houston, TX 77005 | Debt owed by Justin Gordon Homes LLC | $350.00 | Contingent<br>Unliquidated<br>Disputed |
| Reliant (1221 Althea Drive 77018)<br>P. O. Box 650475<br>Dallas, TX 75265 | Debt owed by Justin Gordon Homes LLC | $1,410.37 | Contingent<br>Unliquidated<br>Disputed |
| Reliant (1316 Gardenia Drive77018)<br>P. O. Box 650475<br>Dallas, TX 75265 | Debt owed by Justin Gordon Homes LLC | $169.87 | Contingent<br>Unliquidated<br>Disputed |
| Rey Tex Gutter Services<br>12820 Hempstead Road, Suite D<br>Houston, TX 77092 | Debt owed by Justin Gordon Homes LLC | $4,835.00 | Contingent<br>Unliquidated<br>Disputed |
| Robert P Deyoung<br>1611 Saxon Drive<br>Houston, TX 77018 | Debt owed by Justin Gordon Homes LLC<br>Lawsuit | $535,000.00 | Contingent<br>Unliquidated<br>Disputed |
| Robles Alarms & Systems<br>13611 Azmanek Road<br>Needville, TX 77461 | Debt owed by Justin Gordon Homes LLC | $1,650.00 | Contingent<br>Unliquidated<br>Disputed |
| Skipjack Premium Finance Company<br>10150 York Road, 5th Floor<br>Cockeysville, MD 21030 | Debt owed by Justin Gordon Rentals LLC | $121.09 | Contingent<br>Unliquidated<br>Disputed |
| Sprint Waste Services, Inc.<br>P. O. Box 732411<br>Dallas, TX 75373 | Debt owed by Justin Gordon Homes LLC | $1,287.50 | Contingent<br>Unliquidated<br>Disputed |

| Claimant | Property | Claim Amount | Claim |
|---|---|---|---|
| The Fierro Group<br>DBA Fencemaster of Houston<br>11007 West Hardy<br>Houston, TX 77076 | Debt owed by Justin Gordon Homes LLC | $3,784.50 | Contingent<br>Unliquidated<br>Disputed |
| The Leviton Law Firm Ltd<br>3 Golf Center, Suite 361<br>Hoffman Estates, IL 60169 | Collection Justin Gordon Homes LLC | $450.00 | Contingent<br>Unliquidated<br>Disputed |
| Transworld Systems, Inc.<br>(Reliant  Energy Retail Service)<br>P. O. Box 572.96<br>Wilmington, DE 19850 | Debt owed by Justin Gordon Homes LLC<br>4013 Ella 77018 | $572.96 | Contingent<br>Unliquidated<br>Disputed |
| U. S. Legal Support<br>363 N.Sam Houston Parkway, Suite 1200<br>Houston, TX 77060 | Collection Justin Gordon Homes LLC | $966.82 | Contingent<br>Unliquidated<br>Disputed |
| VAVJAA, Inc. d/b/a Hugo Plumbing<br>2102 34th Street<br>Houston, TX 77018 | Debt owed by Justin Gordon Homes LLC | $19,650.00 | Contingent<br>Unliquidated<br>Disputed |
| Zuehlke Drywall<br>13510 Pin Oak Glen<br>Cypress, TX 77429 | Debt owed by Justin Gordon Homes LLC | $5,000.00 | Contingent<br>Unliquidated<br>Disputed |
| | | **Total:**   $1,261,608.57 | |

**Fill in this information to identify your case:**

Debtor 1        **Justin Paul Gordon**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name     Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number    **17-30894**
(if known)

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| 2.2 <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| 2.3 <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| 2.4 <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |
| 2.5 <br> Name <br><br> Number    Street <br><br> City          State       ZIP Code | |

Official Form 106G          **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin Paul Gordon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number | **17-30894** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

In which community state or territory did you live? **Texas** . Fill in the name and current address of that person.

**Andrea Elaine Stevens**      **Divorced**
**14751 Oak Bend Drive**
**Houston, TX 77079**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

In which community state or territory did you live? **Texas** . Fill in the name and current address of that person.

**Michele Renee Ficocello**      **Divorced**
**2003 Stonecrest**
**Houston, TX 77018**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ <br> Name <br><br> _____ <br> Number    Street <br> City          State        ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.2 _____ <br> Name | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                Case number *(if known)*   **17-30894**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |

Number          Street

City                          State                          ZIP Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1          __Justin Paul Gordon__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    __SOUTHERN DISTRICT OF TEXAS__

Case number     __17-30894__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
   13 income as of the following date:

   _____
   MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                              **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| **Employment status*** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Self-Employed** |  |
| **Employer's name** | **Justin Gordon Construction, LLC and Uber** |  |
| **Employer's address** | **1371 Woodcrest Dr.<br>Houston, TX 77018-5253** |  |
| **How long employed there?** | **1 year** |  |

\*See Attachment for Additional Employment Information

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | $    **6,666.67** | $    **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | +$    **0.00** | +$    **N/A** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | $    **6,666.67** | $    **N/A** |

Official Form 106I                     **Schedule I: Your Income**                     page 1

Debtor 1   **Justin Paul Gordon**                                    Case number (*if known*)   **17-30894**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **6,666.67** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **0.00**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **6,666.67**   $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **0.00**   $ **N/A**

8b. **Interest and dividends**   8b.   $ **3,000.00**   $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ **0.00**   $ **N/A**

8d. **Unemployment compensation**   8d.   $ **0.00**   $ **N/A**

8e. **Social Security**   8e.   $ **0.00**   $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f.   $ **0.00**   $ **N/A**

8g. **Pension or retirement income**   8g.   $ **0.00**   $ **N/A**

8h. **Other monthly income.** Specify:   **Uber**   8h.+   $ **350.00** +   $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **3,350.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **10,016.67** + $ **N/A** = $ **10,016.67**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   11.   **+**$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **10,016.67**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■   No.
☐   Yes. Explain:

Debtor 1   **Justin Paul Gordon**                                                    Case number (*if known*)   **17-30894**

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Self-Employed** |
| Name of Employer | **Justin Gordon Rentals, LLC** |
| How long employed | |
| Address of Employer | **1371 Woodcrest Drive** **Houston, TX 77018-5253** |

| Debtor | |
|---|---|
| Occupation | **Self-Employed** |
| Name of Employer | **Justin Gordon Homes, LLC** |
| How long employed | |
| Address of Employer | **1371 Woodcrest Drive** **Houston, TX 77018-5253** |

| Debtor | |
|---|---|
| Occupation | **Driver** |
| Name of Employer | **Uber** |
| How long employed | |
| Address of Employer | **Unknown** |

**Fill in this information to identify your case:**

Debtor 1   **Justin Paul Gordon**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number   **17-30894**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Your Household**

1.  **Is this a joint case?**

  ■ No. Go to line 2.
  ☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **7** | ■ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:**   **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
    4. $ 0.00

    **If not included in line 4:**

    4a.   Real estate taxes                                      4a. $ 2,796.00
    4b.   Property, homeowner's, or renter's insurance           4b. $ 290.66
    4c.   Home maintenance, repair, and upkeep expenses          4c. $ 600.00
    4d.   Homeowner's association or condominium dues             4d. $ 1.67
5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

Official Form 106J                    **Schedule J: Your Expenses**                    page 1

Debtor 1   **Justin Paul Gordon**                                           Case number (if known)   **17-30894**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.  $ | **500.00** |
| | 6b.   Water, sewer, garbage collection | 6b.  $ | **150.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **500.00** |
| | 6d.   Other. Specify:   **Lawn maintenance/house cleaning** | 6d.  $ | **1,000.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **800.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **150.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **75.00** |
| 10. | **Personal care products and services** | 10.  $ | **150.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $ | **150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.  $ | **0.00** |
| | 15b.   Health insurance | 15b.  $ | **0.00** |
| | 15c.   Vehicle insurance | 15c.  $ | **249.32** |
| | 15d.   Other insurance. Specify:   **Vehicle insurance - Mercedes Van** | 15d.  $ | **162.02** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $ | **1,941.65** |
| | 17b.   Car payments for Vehicle 2 | 17b.  $ | **2,135.32** |
| | 17c.   Other. Specify: | 17c.  $ | **0.00** |
| | 17d.   Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ | **1,500.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19.  $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.   Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.   Real estate taxes | 20b.  $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify: | 21.  +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **13,501.64** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **13,501.64** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **10,016.67** |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b.  -$ | **13,501.64** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c.  $ | **-3,484.97** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.      Explain here: **Giving up rental properties**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Justin Paul Gordon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number | **17-30894** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Justin Paul Gordon
Signature of Debtor 1

Date   2/23/17

X _____

Signature of Debtor 2

Date _____

Official Form 106Dec              Declaration About an Individual Debtor's Schedules