| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Justin Paul Gordon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | 17-30894 | | |

☒ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $11,800.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |



Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1  **Justin Paul Gordon**                          Case number (if known) **17-30894**

|  | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $165,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $480,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Interest / Dividends | $3,000.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | Interest / Dividends | $579.91 *Estimate |  |  |
|  | Rental Income | $21,600.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | Interest / Dividends | $214,536.18 |  |  |
|  | Rental Income | $29,100.00 |  |  |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ■ No. Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1  **Justin Paul Gordon**                                            Case number (*if known*)  **17-30894**

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
| --- | --- | --- | --- | --- |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |
| Andrea Elaine Stevens<br>14751 Oak Bend Drive<br>Houston, TX 77079 | | $18,000.00 | $1,500.00 | Child support |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
| --- | --- | --- | --- | --- |
| Justin Gordon<br>1371 Woodcrest Drive<br>Houston, TX 77018-5253 | December 2016 | $82,287.03 | $0.00 | Child Support, Generator, Tesla, Fence, and Tax Payment |

### Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| Harris County, et al v. Justin Gordon<br>2016-57537 | Delinquent Ad Valorem Taxes | 269th Judicial District<br>201 Caoline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Jennifer Powis and Lynda Case v. Justin Gordon and Justin Gordon Homes LLC<br>2016-67522 | Breach of Express Warranty and violations of the DTPA | 127th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   Justin Paul Gordon                               Case number (if known)   17-30894

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| SBS/Bison Building Materials, LLC, d/b/a Bison, A Stock Building Supply Company v. Juston Gordon Homes LLC and Justin Gordon<br>2016-41675 | Breach of Contract, Suit on Sworn Account, Quantum Meruit, Breach of Personal Guaranty, Violation of the Construction Trust Fund Act/Breach of Fiduciary Duty, Prompt Payment Violation, Unjust Enrichment, Foreclosure of Self Executing Constitutional Law | 157th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| American Express Centurion Bank v. Justin P. Gordon<br>1082302 | Breach of Written Contract | County Court at Law No. 1<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| In the Matter of the Marriage of Justin Gordon and Michele Renee Ficocello<br>2016-19203 | Divorce | 507th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Robert P. Deyoung v. Justin Gordon Homes, LLC<br>2016-48655 | Loan Default/Debt | 55th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final Default Judgment entered** |
| Morrison Supply Company LLC v. Justin Gordon Homes, LLC, Jimmy W. Janacek and Yolanda Janacek<br>2016-62461 | Sworn Account, Quantum Merit, Breach of Contract, Foreclosure of a Mechanic's Lien, Statutory Retainage, and Trapped Funds | 157th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Harris County, et al v. Justin Gordon Homes, LLC, Icon Bank of Texas, SBS/Bison Bulding Material, LLC<br>2016-62115 | Tax Delinquency | 55th Judicial District<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |



Debtor 1  Justin Paul Gordon      Case number (if known) 17-30894

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Justin Gordon Homes, LLC v. Dustin Beck<br>01-16-00801-CV | Suit arises out of Case No. 2016-21070, styled Dustin Beck v. Justin Gordon Homes, LLC, in the 333rd Judicial District of Harris County, Texas | First Court of Appeals<br>301 Fannin St.<br>Houston, TX 77002-2066 | ☐ Pending<br>■ On appeal<br>☐ Concluded<br><br>Residential Construction Contract |
| The Fierro Group v. Justin Gordon Homes LLC<br>CV42C5096935 | Payment for furnished labor and/or materials for property | Justice Court, Precinct 4, Place 2<br>7900 Will Clayton Parkway<br>Humble, TX 77338-5849 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Small Claims |
| Houstonian Campus LLC DBA The Houstonian, and The Houstonian Hotel, Club & Spa v. Justin Gordon AKA and BSPA Justin Paul Gordon, Justin P. Gordon and J.P. Gordon<br>CV12C0150789 | Unpaid Membership Dues | Justice Court, Precinct 1, Place 2<br>1302 Preston<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Debt Claim |
| City of Houston Municipal Court v. Justin P. Gordon<br>N31991206-01 NT 2016 & 02 NT 2016 | Fail to comply with order issued by the building official | Municipal Court 14<br>8300 Mykawa<br>Houston, TX 77048 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Icon Bank<br>7908 N. Sam Houston Pkwy<br>Suite 100<br>Houston, TX 77064 | 1221 Althea<br>Houston, TX 77018<br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | November 2, 2016 | $1,216,000.00 |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

Debtor 1  **Justin Paul Gordon**                                              Case number (*if known*) **17-30894**

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    - ☐ No
    - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** <br> Michelle Renee Ficocello <br> Unknown | 5 Carat Engagement Ring | October 2015 | $50,000.00 |
| Person's relationship to you: **Ex-Wife** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    - ☐ No
    - ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 <br> **Charity's Name** <br> **Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| MANNA <br> Unknown | Money | | $1,000.00 |
| YMCA <br> Unknown | Money | | $1,000.00 |

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?
    - ☐ No
    - ■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| 1221 Althea <br> Flooding | | 2016 | $50,000.00 |

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition? <br> Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid <br> Address <br> Email or website address <br> Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|



Official Form 107                                   Statement of Financial Affairs for Individuals Filing for Bankruptcy                                   page 6
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor 1  Justin Paul Gordon                                             Case number (if known)  17-30894

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Brendetta A. Scott<br>Hoover Slovacek LLP<br>5051 Westheimer, Suite 1200<br>Galleria Tower II<br>Houston, TX 77056<br>scott@hooverslovacek.com | Attorneys fee and filing fee | December 13, 2016 | $15,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Justin Gordon<br>1371 Woodcrest Drive<br>Houston, TX 77018-5253 | College Fund $82,287.03 for daughter | Child Support, Generator, Tesla, Fence and Tax Payment | December 2016 |
| <u>PSL Source</u><br><u>6135 Park South Dr.</u><br><u>Suite 110</u><br><u>Charlotte, NC 28210</u> | <u>Professional Seat License - Houston Texans Football Tickets $50,000</u> | <u>$50,000 received; paid business, legal, living expenses, and taxes</u> | <u>December 2016</u> |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|



Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 7
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor 1   **Justin Paul Gordon**                                                                 Case number (if known)   **17-30894**

## Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ☐ No
    ■ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | Big Cheap Storage Sheds<br>4325 Tulsa Road<br>Houston, TX 77092 | Justin Gordon | Christmas trees, table, and chairs. Friend's storage includes furniture and TV. | ☐ No<br>■ Yes |

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☐ No
    ■ Yes. Fill in the details.

    | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|
    | Joanna Laufer (until 5/31/2017)<br>1371 Woodcrest Drive<br>Houston, TX 77018 | Big Cheap Storage<br>4325 Tulsa Rd.<br>Houston, TX 77092 | Car: 2002 BMW | $2,500.00 |
    | Joanna Laufer (until 5/31/2017)<br>1371 Woodcrest Drive<br>Houston, TX 77018 | 1371 Woodcrest Drive<br>Houston, TX 77018 | Furniture: bedroom set | $600.00 |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

Debtor 1 **Justin Paul Gordon**        Case number (*if known*) **17-30894**

hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ■ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Justin Gordon Rentals, LLC<br>1371 Woodcrest Drive<br>Houston, TX 77018-5253 | Rental homes<br>Dodie Wilson | EIN: 46-3405118<br>From-To 7/15/2013 - Present |
| Justin Gordon Homes, LLC<br>1371 Woodcrest Dr<br>Houston, TX 77018-5253 | Home Building<br>Dodie Wilson | EIN: 26-4628600<br>From-To 7/13/2009 - Present |
| Malla & Gordon Home Development, LLC<br>8045 Antoine Drive<br>Suite 259<br>Houston, TX 77088-4345 | Single Family Housing Construction | EIN: Unknown<br>From-To 4/7/2009-7/13/2009 |

Debtor 1   **Justin Paul Gordon**                                                                 Case number (if known)   **17-30894**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Justin Gordon Construction, LLC**<br>1371 Woodcrest Dr.<br>Houston, TX 77018-5253 | Construction<br><br>Dodie Wilson | EIN:      Unknown<br><br>From-To   7/15/2013 - Present |
| **ecurie 25 (Houston Motor Club)**<br>800 W. Sam Houston Parkway N<br>CityCentre Building 12, 3rd Floor<br>Houston, TX 77024 | Car Club | EIN:      Unknown<br><br>From-To   Unknown |
| **Luxe Hospitality Group, LLC**<br>12860 Queensbury<br>Suite 225<br>Houston, TX 77024 | Management services | EIN:      Unknown<br><br>From-To   Unknown |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Icon Bank of Texas**<br>7908 N Sam Houston Parkway W<br>Suite 100<br>Houston, TX 77064 | |
| **Imtiaz Munshi**<br>1600 Highway 6 South<br>Suite 260<br>Sugar Land, TX 77478 | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Justin Paul Gordon
Justin Paul Gordon
Signature of Debtor 1

Date   5/17/17

Signature of Debtor 2

Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).