**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.  17-30894-H1-7 |
| | § | |
| JUSTIN PAUL GORDON, | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S MOTION FOR ORDER (A) SCHEDULING AUCTION FOR THE**
**SALE OF ASSETS, (B) APPROVING PROCEDURES FOR THE SUBMISSION**
**OF QUALIFYING BIDS, AND (C) SETTING HEARING FOR APPROVAL OF**
**SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS**
**AND ENCUMBRANCES TO THE HIGHEST BIDDER**

---

**NOTICE PURSUANT TO LOCAL RULE 9013**

**This Motion seeks an order that may adversely affect you.  If you oppose the Motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorneys.**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Janet S. Northrup, Trustee ("Trustee") of the estate of Justin Paul Gordon ("Debtor"), and hereby moves the Court (the "Motion") for the entry of an order (a) scheduling auction for the sale of mineral interests that are property of this estate assets (b) approving procedures for the submission of qualifying bids, and (c) setting a hearing for approval of a sale of the estate's assets free and clear of liens, claims and encumbrances to the highest bidder.  In support of this Motion, the Trustee respectfully represents as follows:

Motion

## Jurisdiction

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 6004.

## Summary of Relief Requested

3.      By this Motion, the Trustee requests the entry of an order (a) scheduling a public auction for the sale of the estate's mineral interests, (b) approving the bidding procedures set forth herein for the submission of offers the estate's mineral interests, and (c) setting a hearing to approve the sale of the estate's mineral interests free and clear of liens, claims and encumbrances to the highest bidder.

## Background

4.      This case was commenced by the filing of a voluntary petition under chapter 7 of the Bankruptcy Code by Justin Paul Gordon (the "Debtor") on February 9, 2017. Janet S. Northrup was appointed Chapter 7 Trustee on the same day.

5.      Property of this estate includes mineral interests located in 18 counties in Oklahoma (the "Mineral Interests"). Deeds more accurately describing the Mineral Interests are attached hereto as Exhibit "A". It is unknown how much of the acreage is under lease, however the Debtor (and now the Trustee) has been receiving between $3,000.00 and $5,000.00 per month in revenue from production on various tracts.

6.      The Trustee believes the Mineral Interests are unencumbered.

2

**Motion to Schedule Auction and Sale**

### The Sale

7.      The Trustee proposes to sell the Mineral Interests free of all liens, claims and encumbrances pursuant to Section 363 of the Bankruptcy Code pursuant to the Bidding Procedures set forth in the attached Exhibit "B" (the "Bidding Procedures").

### The Bidding Procedures

8.      In accordance with Bankruptcy Rule 6004(f)(1), sales of property outside the ordinary course of business may be by private sale or by public auction.  The Trustee believes that good cause exists to utilize the auction approach and to approve the procedures proposed herein.  The Trustee believes that an auction will enable her to obtain the highest and best offers for the Mineral Interests, thereby maximizing the value of the estate.

9.      The Trustee requests that the Court authorize her, in accordance with the Bidding Procedures, to solicit bids for the Mineral Interests.  Pursuant to the Bidding Procedures, the Trustee seeks to conduct an auction which is designed to provide prospective bidders enough time to (a) conduct due diligence, and (b) prepare their highest and best bids, while facilitating the expeditious sale of the Mineral Interests.  As a result, the Bidding Procedures preserve and maximize value for the benefit of the estate and its creditors.

10.      Accordingly, the Trustee requests authority to conduct an auction of the Mineral Interests in accordance with the procedures set forth in the Bidding Procedures.

### The Auction

**Motion to Schedule Auction and Sale**

11.     The Trustee proposes to sell the Mineral Interests to the highest bidder pursuant to the procedures set forth in the Bidding Procedures.  When making a bid for the Mineral Interest, all bidders must abide by the Bidding Procedures set forth in Exhibit "B".

12.     The Bidding Procedures provide for an auction to take place on or before October 27, 2017.  Thereafter, the Court shall hold a hearing to approve the sale to the highest bidder.  Accordingly, in addition to approval of the Bidding Procedures, the Trustee requests that this Court set a hearing to approve the sale to the highest bidder for a date after the date of auction.

WHEREFORE the Trustee respectfully requests that the Court enter an order: (a) approving the Bidding Procedures for the submission of offers for the Mineral Interests, and (b) setting a hearing to approve sale of the Mineral Interests to the highest bidder, free and clear of all liens, claims and encumbrances; and that she be granted such other and further relief as is just.

Respectfully submitted,

*/s/ Timothy L. Wentworth*

By:  _____

TIMOTHY L. WENTWORTH
TBN 21179000

OF COUNSEL:
CAGE, HILL & NIEHAUS, L.L.P.
5851 San Felipe, Suite 950
Houston, TX 77057
(713) 789-0500
ATTORNEYS FOR JANET S.
NORTHRUP, TRUSTEE

4

**Motion to Schedule Auction and Sale**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of August, 2017 a true and correct copy of the foregoing *Trustee's Motion For Order (A) Scheduling Auction For The Sale Of Assets, (B) Approving Procedures For The Submission Of Qualifying Bids, And (C) Setting Hearing for Approval of Sale Of Assets Free And Clear Of Liens, Claims And Encumbrances To The Highest Bidder* has been served via electronic mail or via United States mail, postage prepaid, upon the creditors and parties-in-interest whose names appear on the attached service list.

*/s/ Timothy L. Wentworth*

_____
TIMOTHY L. WENTWORTH

5

**Motion to Schedule Auction and Sale**

Label Matrix for local noticing
0541-4
Case 17-30894
Southern District of Texas
Houston
Wed Aug 23 15:57:17 CDT 2017

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

FNA DZ, LLC
3432 Greyston Dr.
Suite 100
Austin, TX 78731-2357

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

SBS/Bison Building Materials, LLC d/b/a Biso
c/o Andrews Myers, PC
Attn: Lisa M. Norman
3900 Essex Lane
Suite 800
Houston, TX 77027-5198

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

A & M Torres Construction, Inc.
27519 Decker Prairie Rosehill Rd.
Magnolia TX 77355-7924

ATS Southwest Lending
PO Box 460301
HoustonTX 77056-8301

American Arbitration
9 Greenway Plaza
Suite 1275
HoustonTX 77046-0905

American Express
P. O. Box 360001
Fort LauderdaleFL 33336-0001

American Express Centurion Bank
c/o Leslie L. Sun
One Town Square
1 Chisholm Trail, Suite 301
Round Rock TX 78681-5109

Amex
Correspondence
Po Box 981540
El PasoTX 79998-1540

Anchor Security Specialists, Inc.
5511 Pinemont Dr
HoustonTX 77092-2619

Andrea Elaine Stevens
14751 Oak Bend Drive
HoustonTX 77079-6418

Andrea Stevens
14751 Oak Bend Dr.
Houston, TX 77079-6418

Apelles (ADT Security)
3700 Corporate Drive, Suite 240
Columbus OH 43231-5001

Aqua Surface Inc.
5702 Boyce Springs
HoustonTX 77066-2316

Armando Bazan
11810 Fox Burd
HoustonTX 77065-2832

Bank of America
Nc4-105-03-14
PO Box 26012
Greensboro NC 27420-6012

Bank of America
P O Box 15710
Wilmington DE 19886-5710

Bison Building Materials, LLC dba Bison
W. Jason Walker
Andrews Myers, PC
3900 Essex Lane, Suite 800
HoustonTX 77027-5198

Bison Stock Building Supply Co.
1445 W Sam Houston Pkwy N
HoustonTX 77043-3110

Brett Hartman
2000 Ella Blvd.
HoustonTX 77008-2702

CNA Surety Direct Bill
P. O. Box 957312
Saint Louis MO 63195-7312

CSRS, PLLC (Custom Glass Design of Houst
4646 Wild Indigo, Suite 110
HoustonTX 77027-7190

CST Co. c/o Edward T. Burton
PO Box 224768
DallasTX 75222-4768

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Capital One
General Correspondence
Po Box 30285
Salt Lake City UT 84130-0285

Capital One / Saks F
Po Box 30285
Salt Lake City UT 84130-0285

CenterPoint Energy (1221 Althea 77018)
P. O. Box 2628
HoustonTX 77252-2628

CenterPoint Energy (4013 Ella Blvd. 7701
P. O. Box 2628
HoustonTX 77252-2628

Central Credit Services LLC
20 Corporate Hills Drive
Saint Charles MO 63301-3749

Central Credit Services LLC
P. O. Box 1880
Saint Charles MO 63302-1880

Cesar Cazares
P. O. Box 7633
HoustonTX 77270-7633

Citibank/Best Buy
Citicorp/Centralized Bankruptcy
Po Box 790040
Saint Louis MO 63179-0040

City of Houston
Municipal Court
Attn: Cara Eugene
1400 Lubbock
Houston, TX 77002-1553

City of Houston
P. O. Box 924427
HoustonTX 77292-4427

Comptroller of Public Accounts
P. O.Box 14348
Austin TX 78761-4348

Cornerstone Hardware
8648 Glenmont Dr.
HoustonTX 77036-1929

Cornerstone Hardware & Supplies
8648 Glenmont Drive, Suite 150
HoustonTX 77036-1930

Craig A. Berstein
3710 Rawlins Street
Suite 1300
Dallas, TX 75219-4238

Credit Collection Services
Farmers Insurance
725 Canton Street
NorwoodMA 02062-2679

Custom Glass Design of Houston
d/b/a Shower Doors of Houston
1655 Townhurst, Suite 190
HoustonTX 77043-3266

Custom Glass Design of Houston, LLC
d/b/a Shower Doors of Houston
c/o Michael J Smith
Chernosky Smith Ressling & Smith
4646 Wild Indigo, Suite 110
Houston, TX 77027-7190

Dal Tile
11850 Hempstead Hwy.
Suite 170
HoustonTX 77092-6013

Dal-Tile Distribution, Inc.
7834 C. F. Hawn Frwy
Dallas TX 75217-6529

DepoTexas
13101 Northwest Freeway, Suite 210
HoustonTX 77040-6315

Don A. Leviton
The Leviton Law Firm Ltd.
3 Golf Center
Suite 361
Hoffman EstatesIL 60169-4910

Dustin Beck
c/o Clayton C Cannon
Cannon Law Firm PLLC
950 Echo Lane, Suite 200
Houston TX 77024-2822

Dustin Beck
c/o Clayton C. Cannon
Cannon Law Firm PLLC
950 Echo Lane, Suite 200
HoustonTX 77024-2822

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville FL 32256-7412

Evanston Insurance Company
Ten Parkway North
Deerfield IL 60015-2526

Expressions Home Gallery
formerly KIVA Kitchen & Bath
Attn: Chi Phan
7071 Southwest Frwy
Houston, TX 77074-2007

FNA DZ, LLC
3432 Greystone Drive
Suite 100
Austin, TX 78731-2357

Factory Builders Stores, Ltd.
8700 Fallbrook
HoustonTX 77064-3317

Floors by Nelson, Inc.
6147 Jason
HoustonTX 77074-7513

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Grogans Building Supply
2418 Yale
HoustonTX 77008-2508

Harris County Court Cost
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County, et al
c/o Linebarger Goggan Blair & Sampson
Attn: Herbert 'Trey' A. Stone,
PO Box 3064
HoustonTX 77253-3064

Hartman & Associates
2000 Ella Blvd.
HoustonTX 77008-2702

Hartman & Associates
5005 Georgi Lane #116
Houston, TX 77092-5521

Headwaters Construction Materials
2088 FM 949
Alleyton TX 78935-2124

Holiday World of Katy
28909 Katy Frwy
Katy TX 77494-1000

Hot Water Guys
352 Link Rd
Houston, TX 77009-2615

Houston Motor Club, LLC
798 Sorella Court
Suite 125
HoustonTX 77024

Hunter-Kelcey II, LLC
3432 Greystone Drive
Suite 100
AustinTX 78731-2357

Icon Bank  of Texas
7908 N. Sam Houston Pkwy W
Suite 100
HoustonTX 77064-3508

Icon Bank of Texas, N.A.
Attn: Rand Lassus
7906 N. Sam Houston Pkwy, Ste 100
Houston, TX 77064-3464

Imtiaz Munshi
1600 Highway 6, Ste. 250
Sugar Land TX 77478-4924

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P O Box 7346
Philadelphia PA19101-7346

J Kevin Giglio MD PA
1801 N Loop West, Suite 10
HoustonTX 77008-1445

J.R. Permits, Inc.
530 Magnolia Bend
League City TX 77573-4628

JSJ Electric Inc.
1106 Hammock Street
HoustonTX 77009-6949

Jack Green
Morgan Philips
1651 North Collins Blvd.
Suite 140
Richardson TX 75080-3658

James Monkemeier
13121 Louetta Road #1455
CypressTX 77429-5155

Jennifer Powis and Lynda Case
c/o Jason Johns
Jackson Walker LLP
1401 McKinney St., Ste. 1900
HoustonTX 77010-1900

Jimmy and Yoland Janacek
1136 Wakefield Drive
HoustonTX 77018-5229

Jose Reyes Soria
1709 Lone Oak Rd
Houston, TX 77093-3243

Katrina Marrow
1359 Woodcrest
HoustonTX 77018-5253

Kenneth and Carolyn Bryan
c/o Lennon C. Wright
924 E. 25th Street
HoustonTX 77009-1719

Kenneth and Carolyn Bryant
6414 Kury Lane
HoustonTX 77008-3228

L & W Weatherstripping, LLC
3421 N. U.S. Hwy 77
Schulenburg TX 78956-5645

Laguna Enterprises, Inc.
4354 Wilmington Street
HoustonTX 77051-3328

Legacy Design Concrete Construction, LLC
10814 Warwana Rd
HoustonTX 77043-3106

Lighting Inc.
P. O. Box 266556
HoustonTX 77207-6556

Linebarger Goggan Blaire & Sampson, LLC
4828 Loop Center Drive
Suite 600
HoustonTX 77081-1246

Lone Star Glass
3804 Bissonnet
HoustonTX 77005-1198

Luxe Hospitality Group, LLC
12860 Queensbury
Suite 225
HoustonTX 77024-4095

M. Villegas Construction, Inc.
5714 Cherry St.
HoustonTX 77026-2408

Martin Mendez
5959 Don White Lane
HoustonTX 77088-4101

Memorial Hermann
909 Frostwood Dr.
Ste. 3:100
Houston, TX 77024-2301

Memorial Hermann Patient
Business Services
PO Box 4370
Houston, TX 77210-4370

Michael J. Smith
4646 Wild Indigo, Suite 110
HoustonTX 77027-7190

Michele Renee Ficocello
PO Box 131644
Houston TX 77219

Miguel Correa
14631 Emerald Cypress
CypressTX 77429-4614

Mike Sullivan
P. O. Box 4622
HoustonTX 77210-4622

Morrison Supply Company
P. O. Box 70
Fort Worth TX 76101-0070

Morrison Supply Company
c/o Craig A. Bernstein
3710 Rawlins St, Suite 1300
DallasTX 75219-4238

National Fence Company
14802 Willis St
HoustonTX 77039-1026

Natran, LLC
1717 W. 22nd Street
HoustonTX 77008-1401

Nordstrom Fsb
Correspondence
Po Box 6555
Englewood CO 80155-6555

O'Connor & Associates
200 North Loop West
Suite 200
HoustonTX 77018

Office of the Atty General/Child Support
Attn: Bankruptcy
Po Box 12017
AustinTX 78711-2017

Oscar A. Lopez
3217 Hage St
HoustonTX 77093-6327

PSL Intregrated Solutions
2375 Bolsover
HoustonTX 77005-2649

Paychex
11777 Katy Freeway
Suite 400
HoustonTX 77079-1785

Perfection Fireplace & Supply Co., L.P.
6742 N. Eldridge Pkwy
HoustonTX 77041-2623

Porsche Financial Srvc
980 Hammond Dr
AtlantaGA 30328-6161

Pot-O-Gold Rentals, LLC
15634 Wallisville Road, Suite 800-336
HoustonTX 77049-4635

ProBuild - Manvel Lumber
21520 E. Highway 6
ManvelTX 77578-3836

Real Time Resolutions
Attn: Bankruptcy
Po Box 36655
DallasTX 75235-1655

Reliant (1221 Althea Drive 77018)
P. O.  Box 650475
DallasTX 75265-0475

Reliant (1316 Gardenia Drive 77018)
P. O.  Box 650475
DallasTX 75265-0475

Rey Tex Gutter Services
12820 Hempstead Road, Suite D
HoustonTX 77092-4529

Robert P Deyoung
1611 Saxon Drive
Houston TX 77018-4122

Robert P Deyoung
c/o Kurt Arbuckle
2121 Sage Road
Suite 100
HoustonTX 77056-4326

Robin N. Blanchette
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
HoustonTX 77019-7100

Robles Alarms & Systems
13611 Azmanek Road
Needville TX 77461-9415

SBS/Bison Building Materials, LLC
c/o Andrew Myers, PC
Attn: Lisa M. Norman
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

SBS/Bison Building Materials, LLC d/b/a Biso
c/o Lisa M. Norman
Andrews Myers, PC
1885 St. James Place, 15th Floor
Houston, TX 77056-4175

San Antonio Credit Uni
Attn: Bankruptcy
Po Box 1356
San Antonio TX 78295-1356

Skipjack Premium Finance Company
10150 York Road, 5th Floor
Cockeysville MD 21030-3354

Sprint Waste Services, Inc.
P. O. Box 732411
DallasTX 75373-2411

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin TX 78714-9080

The Ark - Conrete Specialities, Inc.
713 Lehman St.
HoustonTX 77018-1513

The Fierro Group
DBA Fencemaster of Houston
11007 West Hardy
HoustonTX 77076-2720

The Houstonian Hotel, Club & Spa
111 N. Post Oak Lane
HoustonTX 77024-7703

The Houstonian Hotel, Club & Spa
c/o Jon Totz
Totz Ellison & Totz, PC
2211 Nortfork, Suite 510
HoustonTX 77098-4048

Transworld Systems, Inc.
Reliant  Energy Retail Service
P. O. Box 572.96
Wilmington DE 19850-5095

Troy A. Williams
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
HoustonTX 77019-7100

U. S. Legal Support
363 N.Sam Houston Parkway
Suite 1200
HoustonTX 77060-2425

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Collection Bureau, Inc. Chase Bank
5620 Southwyck Blvd.
Suite 206
ToledoOH 43614-1501

VAVJAA, Inc. d/b/a Hugo Plumbing
2102 34th Street
HoustonTX 77018-6003

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
IrvineCA 92623-9657

Zuehlke Drywall
13510 Pin Oak Glen
CypressTX 77429-5173

Brendetta Anthony Scott
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056-5839

Janet S Casciato-Northrup
Hughes Watters and Askanase
1201 Louisiana
28th Floor
Houston, TX 77002-5607

Justin Paul Gordon
PO Box 924427
Houston, TX 77292-4427

Timothy L Wentworth
Cage Hill & Niehaus LLP
5851 San Felipe Ste 950
Houston, TX 77057-8021

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs CO 80962

Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
HoustonTX 77002

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin TX 78774-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)Morrison Supply Company
PO Box 70
Fort Worth TX 76101-0070

(d)Robert P Deyoung
1611 Saxon Drive
Houston, TX 77018-4122

(u)The Leviton Law Firm Ltd
3 Golf Center, Suite 361
Hoffman EstatesIL60169

(u)Robin N. Blanchette

End of Label Matrix
Mailable recipients   143
Bypassed recipients     5
Total                 148