

I-2014-003760  Book  0843    Pg: 836
08/23/2013  8:34 am  Pg 0836-0838
Fee:    $ 17.00      Doc:    $ 0.00
    Christie Henry - Atoka County Clerk
            State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2014-003760 Book 0843   Pg:837
08/23/2013  8:34 am Pg 0836-0838
Fee:   $ 17.00   Doc:   $ 0.00
Christie Henry - Atoka County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this _9th_ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS                     §
                                   §
COUNTY OF DALLAS                   §

The foregoing instrument was acknowledged before me this _9TH_ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2014-003760  Book  0843   Pg: 838
08/23/2013   8:34 am  Pg 0836-0838
Fee:    $ 17.00      Doc:      $ 0.00
Christie Henry - Atoka County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Atoka County, Oklahoma**

North Half of the Southeast Quarter of the Southeast Quarter (N/2 SE/4 SE/4) and the Southeast Quarter of the Southeast Quarter of the Southeast Quarter (SE/4 SE/4 SE/4) all in Section 15, Township 3 South, Range 9 East.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM



I-2013-011368  Book 5755  Pg: 163
08/22/2013  10:26 am Pg 0163-0165
Fee   $ 17.00    Doc:    $ 0.00
Cynthia Harmon - Carter County Clerk
State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

    (a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

    (b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

    (c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-011368  Book 5755  Pg:  164
08/22/2013  10.26 am  Pg 0163-0165
Fee:     $ 17.00      Doc.      $ 0.00
Cynthia Harmon - Carter County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this ___9th___ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited


By: _____
    Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this __9TH__ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

_____
Notary Public, State of Texas

VIEW ADDITIONAL LAND RECORDS AT

OKCOUNTYRECORDS.COM

I-2013-011368  Book 5755  Pg:  165
08/22/2013  10:26 am Pg 0163-0165
Fee:    $ 17.00     Doc:    $ 0.00
Cynthia Harmon - Carter County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Carter County, Oklahoma**

West Half of the Northwest Quarter of the Northeast Quarter (W/2 NW/4 NE/4) and the Northwest Quarter of the Southwest Quarter of the Northeast Quarter (NW/4 SW/4 NE/4) and the Southeast Quarter of the Northwest Quarter (SE/4 NW/4) and the Southwest Quarter of the Northeast Quarter of the Northwest Quarter (SW/4 NE/4 NW/4) and the East Half of the Northeast Quarter of the Northwest Quarter (E/2 NE/4 NW/4) and all of Lot 2 of Section 7, Township 4 South, Range 3 West,

North Half of the North Half of the Southeast Quarter (N/2 N/2 SE/4) of Section 26, Township 3 South, Range 2 West.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-069357   Book0801   Pg: 285
08/22/2013 10:05 am Page(s) 285-287
Fee:    $ 17.00    Doc:    $ 0.00
Eugina Loudermilk - Coal County Clerk
State of Oklahoma



Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

    (a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

    (b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

    (c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-069357   Book0801   Pg:   286
08/22/2013 10:05 am Page(s) 285-287
Fee:     $ 17.00      Doc:     $ 0.00
Eugina Loudermilk - Coal County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 12th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 12th day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

_____
Notary Public, State of Texas

I-2013-069357   Book 0801   Pg: 287
08/22/2013 10:05 am Page(s) 285-287
Fee:    $ 17.00    Doc:    $ 0.00
Eugina Loudermilk - Coal County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Coal County, Oklahoma**

Southeast 10 acres of Lot Four (4) and the South Half of Lot Three (3) and the East Half of the Southwest Quarter of the Northwest Quarter (E/2 SW/4 NW/4) and the West Half of the Southeast Quarter of the Northwest Quarter (W/2 SE/4 NW/4) and the Northeast Quarter of the Southeast Quarter of the Northwest Quarter (NE/4 SE/4 NW/4) all in Section 3, Township 2 North, Range 11 East,

Northwest 10 acres of Lot Three (3) of Section 4, Township 2 North, Range 11 East,

South Half of the Northwest Quarter of the Southwest Quarter (S/2 NW/4 SW/4) and the North Half of the South Half of the Southwest Quarter (N/2 S/2 SW/4) of Section 25, Township 3 North, Range 10 East,

South Half of the North Half of the Southeast Quarter (S/2 N/2 SE/4) and the South Half of the Southeast Quarter (S/2 SE/4) of Section 29, Township 3 North, Range 11 East,

North Half of the Northeast Quarter (N/2 NE/4) and the Southeast Quarter of the Northeast Quarter (SE/4 NE/4) of Section 32, Township 3 North, Range 11 East,

North Half of the Northwest Quarter (N/2 NW/4) and the East Half of the Southwest Quarter (E/2 SW/4) and the West Half of the Southeast Quarter of the Southeast Quarter (W/2 SE/4 SE/4) of Section 33, Township 3 North, Range 11 East,

Southwest Quarter of the Northwest Quarter (SW/4 NW/4) and the South Half of the Northwest Quarter of the Northwest Quarter (S/2 NW/4 NW/4) of Section 33, Township 3 North, Range 11 East,

South Half of the North Half of the Southeast Quarter (S/2 N/2 SE/4) and the Southwest Quarter of the Southeast Quarter (SW/4 SE/4) of Section 29 and the West Half of the Northwest Quarter (W/2 NW/4) of Section 33, all in Township 3 North, Range 11 East.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

000084

024261

# QUIT CLAIM DEED

*KNOW ALL MEN BY THESE PRESENTS:*

STATE OF OKLAHOMA CO... COUNTY
At 10:58 Filed for record
M.,and recorded

DEC 1 3 2004

book 144 at page 84
MARIE DEPASSE County Clerk
Deputy:

That **Bank of America N.A., Successor Trustee James Johnson for the benefit of the Justin Gordon Trust, established under agreement dated May 16, 1994,** of Dallas County, State of Texas, party of the first part, in consideration of the sum of *Eight Hundred Fifty Eight Dollars* ($858.00) of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey unto **Roy I. Thornton**, of P.O. Box 1444, Arlington, TX 76004, party of the second part, the following described real property and premises situate in Coal County, State of Oklahoma, to-wit:

All of its right, title, and interest in the South Half of the North Half of the Southeast Quarter (S/2 N/2 SE/4) and the Southwest Quarter of the Southeast Quarter (SW/4 SE/4) of **Section Twenty-nine (29),** and the West Half of the Northwest Quarter (W/2 NW/4) of **Section Thirty-three (33)**, Township Three (3) North, Range Eleven (11) East of I.M., *Less and Except* all oil, gas, and other minerals,

together with all the improvements thereon and the appurtenances thereunto belonging.

It is believed that the interest being assigned is an undivided 17/192 of 95/160 (5.257%).

**TO HAVE AND TO HOLD** said described premises unto the said party of the second part, his heirs and assigns forever, so that neither the said party of the first part or any person in its name and behalf, shall or will hereafter claim or demand any right or title to the said premises or any part thereof; but they and everyone of them shall be by these presents excluded and forever barred.

Signed and delivered this _3rd_ day of April, 2001.

STATE OF OKLAHOMA
Coal County
Documentary Stamps $ 1.50

Bank of America N.A., Successor Trustee
James Johnson for the benefit of the Justin
Gordon Trust, established under agreement
dated May 16, 1994.

By: _____
William F. Ellis, Vice President

## CORPORATE ACKNOWLEDGMENT

STATE OF TEXAS          )
                       )   SS
COUNTY OF DALLAS        )

Before me, the undersigned, a Notary Public in and for the above named County and State, on this _3rd_ day of April, 2001, personally appeared William F. Ellis, of Bank of America N.A., Successor Trustee James Johnson for the benefit of the Justin Gordon Trust, established under agreement dated May 16, 1994, to me known to be the identical person who signed the *name of the maker* thereof to the within and foregoing instrument as its Vice President, and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

_____
Notary Public

My Commission Expires:

_1-26-02_



JODY McCAIN
NOTARY PUBLIC
STATE OF TEXAS
...02

VIEW ADDITIONAL LAND RECORDS AT OKCOUNTYRECORDS.COM

01228

00243

Stamp Tax Exemption: 68 O.S. Sec.3201

## TRUSTEE'S DEED TO JHJ TRUSTS A AND B

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the **James Harry Johnson 1994 Trust** Dated May 16th, 1994, under the authority of Article 4.03 of said Trust and for consideration grants, transfers, assigns, conveys and delivers the following trust property unto:

the **James Harry Johnson Trust "A"** for the benefit of Justin Paul Gordon an **undivided one-half (1/2)** interest in and to; and **the James Harry Johnson Trust "B"** for the benefit of James Cory Toombs, an **undivided one half (1/2)** interest in and to the following described lands, to wit:

An undivided 17/192nd interest (14.166 acres) in the South Half of the North Half of the Southeast Quarter (S/2 N/2 SE/4) and the Southwest Quarter of the Southeast Quarter (SW/4 SE/4) of **Section 29** and the West Half of the Northwest Quarter (W/2 NW/4) of **Section 33**, all in Township 3 North, Range 11 East, **Coal County, Oklahoma**.

TO HAVE AND TO HOLD the above described property in the respective Trusts A and B during the existence of said Trusts. Other distributions recorded, if any, to the JHJ Trust A and JHJ Trust B from the probate proceeding are surplus to this trustee deed.

Signed and delivered this _5_ day of _MAY_, 1998.

_____
Christopher W. Venters, Trustee
Of the James Harry Johnson 1994 Trust

STATE OF OKLAHOMA)
COUNTY OF OKLAHOMA) ss.

Before me, the undersigned, a Notary Public in and for said County and State on this _5_ day of _MAY_, 1998 personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust dated May 16th, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of the office the day and year last above written.

My Commission expires:
(seal) _11/14/99_

_____
NOTARY PUBLIC

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-004597 Book 1606 Pg: 92
08/23/2013 11:01 am  Pg 0092-0094
Fee:    $ 17.00    Doc:    $ 0.00
Karen Fry - Custer County Clerk
State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.



## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas  77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I2016-004597  Book 1606  Pg: 93
08/23/2013 11:01 am   Pg 0092-0094
Fee:   $ 17.00      Doc:    $ 0.00
Karen Fry - Custer County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this _9th_ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this _9th_ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-004597 Book 1606 Pg: 94
08/23/2013 11:01 am  Pg 0092-0094
Fee:    $ 17.00      Doc:      $ 0.00
Karen Fry - Custer County Clerk
State of Oklahoma

EXHIBIT A

## Schedule of Property in Custer County, Oklahoma

North Half of the Northeast Quarter (N/2 NE/4) of Section 30, Township 12 North, Range 14 West.

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-006512 Book 2028 Pg: 87
08/22/2013 8:00 am   Pg 0087-0089
Fee:   $ 17 00   Doc:   $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 12ᵗʰ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS    §
          §
COUNTY OF DALLAS   §

The foregoing instrument was acknowledged before me this 12ᵗʰ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.



ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

_____
Notary Public, State of Texas

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

EXHIBIT A

Schedule of Properties in **Garvin County, Oklahoma**

East Half of the Northeast Quarter of the Southeast Quarter (E/2 NE/4 SE/4) of Section 2, Township 1 North, Range 2 West,

Northeast Quarter of the Southwest Quarter of the Northwest Quarter (NE/4 SW/4 NW/4) and the Southwest Quarter of the Southwest Quarter of the Northwest Quarter (SW/4 SW/4 NW/4) of Section 5, Township 3 North, Range 2 West,

Northwest Quarter of the Northeast Quarter (NW/4 NE/4) of Section 6, Township 2 North, Range 2 West and the East Half of the Southeast Quarter of the Southwest Quarter (E/2 SE/4 SW/4) and the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (SW/4 SW/4 SE/4) of Section 31, Township 3 North, Range 2 West,

West Half of the Northwest Quarter of the Southwest Quarter (W/2 NW/4 SW/4) and the Northwest Quarter of the Southwest Quarter of the Southwest Quarter (NW/4 SW/4 SW/4) of Section 7, Township 2 North, Range 1 West,

East Half of the Northeast Quarter of the Southeast Quarter (E/2 NE/4 SE/4) and the East Half of the Southeast Quarter of the Northeast Quarter (E/2 SE/4 NE/4) and the Northeast Quarter of the Northeast Quarter (NE/4 NE/4) less 1h acre out of the Southwest corner of Section 7, Township 1 North, Range 3 West,

Northeast Quarter (NE/4) of Section 10, Township 3 North, Range 2 West,

Southeast Quarter of the Northeast Quarter (SE/4 NE/4) and the East Half of the Southwest Quarter of the Northeast Quarter (E/2 SW/4 NE/4) and the Northeast Quarter of the Northeast Quarter of the Southeast Quarter (NE/4 NE/4 SE/4) of Section 11, Township 4 North, Range 1 East,

Northeast Quarter of the Northeast Quarter (NE/4 NE/4) and the Southwest Quarter of the Northeast Quarter (SW/4 NE/4 of Section 12, Township 3 North, Range 3 West,

South Half of the Northwest Quarter of the Southeast Quarter (S/2 NW/4 SE/4) of Section 13, Township 1 North, Range 3 West,

Northeast Quarter of the Northeast Quarter (NE/4 NE/4) and the West Half of the Southeast Quarter of the Northeast Quarter (W/2 SE/4 NE/4) of Section 14, Township 2 North, Range 3 West,

Southeast Quarter of the Southeast Quarter (SE/4 SE/4) and the Northeast Quarter of the Southeast Quarter (NE/4 SE/4) all in Section 15, Township 4 North, Range 4 West,

East Half of the Northwest Quarter (E/2 NW/4) of Section 17, Township 1 North, Range 3 West.

OKCOUNTYRECORDS.COM

I-2013-006512 Book 2028 Pg: 89
08/22/2013  8:00 am   Pg 0087-0089
Fee:   $ 17.00    Doc:    $ 0.00
Lori Fulks - Garvin County Clerk
State of Oklahoma

BOOK 1417 PAGE 182

02832

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 27th day of March, 1995, in Book 1415 commencing at Page 537 and under the authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Garvin County, Oklahoma, to-wit:

An undivided 1/16th interest in the South Half of the Northwest Quarter of the Southeast Quarter (S/2 NW/4 SE/4) of Section 13, Township 1 North, Range 3 West,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

STATE OF OKLAHOMA
GARVIN COUNTY
This instrument was filed for record at

APR 18 1995

In Book _____ at Page _____
GINA COTTRELL, County Clerk
By _____ Deputy

Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

## ACKNOWLEDGMENT

STATE OF OKLAHOMA )
                   )SS:
COUNTY OF OKLAHOMA )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

Sharon Sue Smith
Notary Public

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

BOOK 1417 PAGE 184                           02834

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 27th day of March, 1995, in Book 1415 commencing at Page 537 and under the authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Garvin County, Oklahoma, to-wit:

An undivided 1/8th interest in the Northeast Quarter of the Northeast Quarter (NE/4 NE/4) and the Southwest Quarter of the Northeast Quarter (SW/4 NE/4) of Section 12, Township 3 North, Range 3 West,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

STATE OF OKLAHOMA
GARVIN COUNTY
This instrument was filed for record at

APR 18 1995

GINA COTTRELL County Clerk

By _____ Deputy

                                        Christopher W. Venters, Trustee of
                                        the James Harry Johnson 1994 Trust
                                        Dated May 16, 1994

### ACKNOWLEDGMENT

STATE OF OKLAHOMA )
                 )SS:
COUNTY OF OKLAHOMA )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996                    _____
                                     Notary Public

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

BOOK 1417 PAGE 186          02836

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 27th day of March, 1995, in Book 1415 commencing at Page 537 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Garvin County, Oklahoma, to-wit:

An undivided 1 and 1/3rd interest in the East Half of the Northeast Quarter of the Southeast Quarter (E/2 NE/4 SE/4) of Section 2, Township 1 North, Range 2 West,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

STATE OF OKLAHOMA
GARVIN COUNTY

APR 18 1995

_____
Christopher W. Venters, Trustee of
the James Harry Johnson 1994 Trust
Dated May 16, 1994

## ACKNOWLEDGMENT

STATE OF OKLAHOMA    )
                     )SS:
COUNTY OF OKLAHOMA   )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

_____
Notary Public

VIEW ADDITIONAL LAND RECORDS AT OKCOUNTYRECORDS.COM



I-2013-003033 Book 0680 Pg: 950
08/22/2013 11:29 am  Pg 0950-0952
Fee:   $ 17.00     Doc:    $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

08-22-13A09:51  RCVD

12/51

I-2013-003033 Book 0680 Pg: 951
08/22/2013 11:29 am   Pg 0950-0952
Fee:   $ 17.00      Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9TH day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-003033  Book 0680  Pg: 952
08/22/2013 11:29 am   Pg 0950-0952
Fee:    $ 17.00     Doc:    $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Grant County, Oklahoma**

Northeast Quarter (NE/4) less and except six (6) acres of Section 22, Township 28 North, Range 7 West.

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

BOOK **513** PAGE **526**

Stamp Tax Exemption: 68 O.S. Sec.3201

State of Oklahoma, County of Grant, SS: No. *0232*
Filed for record *May 8* 19 *98* at *11:00* .M
Recorded in Book *513* Page *526*
Becky Kreichmar
County Clerk _____ Deputy

## TRUSTEE'S DEED TO JHJ TRUSTS A AND B

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the **James Harry Johnson 1994**
Trust Dated May 16th, 1994, under the authority of Article 4.03 of said Trust and for
consideration grants, transfers, assigns, conveys and delivers the following trust property unto:

the **James Harry Johnson Trust "A"** for the benefit of <u>Justin Paul Gordon</u> an undivided
one-half (1/2) interest in and to; and **the James Harry Johnson Trust "B"** for the benefit of
<u>James Cory Toombs</u>, an **undivided one half (1/2)** interest in and to; all of the oil, gas, and other

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-005225  Book  2622  Pg  155
08/28/2013  11 40 am   Pg 0155-0157
Fee     $ 17 00     Doc     $ 0 00
TERESA WOOD - Kingfisher County Clerk
State of Oklahoma



Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas  77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-005225  Book  2622  Pg  156
08/28/2013  11 40 am   Pg 0155-0157
Fee   $ 17 00    Doc   $ 0 00
TERESA WOOD - Kingfisher County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

The foregoing instrument was acknowledged before me this 9TH day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-005225  Book  2622  Pg  157
08/28/2013  11 40 am   Pg 0155-0157
Fee    $ 17 00    Doc    $ 0 00
TERESA WOOD - Kingfisher County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Kingfisher County, Oklahoma**

Lots One (1) and Two (2) and the South Half of the Northeast Quarter (S/2 NE/4) of Section 6, Township 16 North, Range 7 West,

Northeast Quarter (NE/4) of Section 12, Township 15 North, Range 5 West,



VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

BOOK 1446 PAGE 286                    2090

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 5th day of April, 1995, in Book 1444 commencing at Page 66 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Kingfisher County, Oklahoma, to-wit:

An undivided 1/10th interest in Lots One and Two (1 and 2) and the South Half of the Northeast Quarter (S/2 NE/4) of Section 6, Township 16 North, Range 7 West,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 21st day of April, 1995.

Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

State of Oklahoma, Kingfisher County, ss,
Filed for record 4-24 1995 at 10:05
Recorded in Book 1446 Page 286
Jane Hightower
County Clerk                 Deputy

## ACKNOWLEDGMENT

STATE OF OKLAHOMA    )
                     )SS:
COUNTY OF OKLAHOMA   )

Before me, the undersigned, a Notary Public in and for said County and State on this 21st day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

                              Notary Public

VIEW ADDITIONAL LAND RECORDS AT OKCOUNTYRECORDS.COM

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

**6535**

DEED IN DISTRIBUTION
(Mineral Interests)

STATE OF OKLAHOMA, COUNTY OF LEFLORE,, I HEREBY CERTIFY THAT
THIS INSTRUMENT WAS FILED FOR RECORD IN MY OFFICE AT FOTEAU

BOOK _1879_   AUG 2 3 2013   AT _8:44_ OCLOCK
PAGE _782_   _A_ M

KELLI FORD, COUNTY CLERK, BY_____ DEPUTY

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument
dated August 8, 1994, James Harry Johnson, as Settlor and as
Trustee, created Trust A therein described for the benefit of Justin
Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City,
Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National
Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson
Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby
GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said
Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in,
under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his
heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty
of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

BOOK 1879 PAGE 782

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 12th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

The foregoing instrument was acknowledged before me this 12th day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

Annis Hawkins
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

BOOK 1879 PAGE 783

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

BOOK **2071** PAGE **19**

FILED
Lincoln County, OK

AUG 2 3 2013  2:14pm

Debbie Drumfield
COUNTY CLERK

R. Juarez, Deputy

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.



## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

CONTINUED

BOOK 2071 PAGE 20

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this _9th_ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited



By: _____
Jimmy L. Proe, Senior Vice President


STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this _9th_ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

CONTINUED

BOOK 2071 PAGE 21

## EXHIBIT A

### Schedule of Property in **Lincoln County, Oklahoma**

Northeast Quarter (NE/4), less and except three (3) acres, in Section 3, Township 16 North, Range 5 East,

Northeast Quarter of the Southwest Quarter (NE/4 SW/4) of Section 8, Township 15 North, Range 6 East,

Northeast Quarter (NE/4) of Section 9, Township 13 North, Range 6 East

North Half of the Southeast Quarter (N/2 SE/4) and the South Half of the Southeast Quarter (S/2 SE/4) of Section 29, Township 17 North, Range 4 East,

West Half of the Southeast Quarter (W/2 SE/4) and the East Half of the Southeast Quarter (E/2 SE/4) of Section 31, Township 17 North, Range 5 East.

VIEW ADDITIONAL LAND RECORDS AT OKCOUNTYRECORDS.COM

BOOK **1272** PAGE **628**

FILED
Lincoln County, Oklahoma

APR 17 1995   9:08

*Sharon K. Turk*
County Clerk
*D. McCammon*
*Deputy*

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 5th day of April, 1995, in Book 1272 commencing at Page 85 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Lincoln County, Oklahoma, to-wit:

An undivided 2/160th interest in the Northeast Quarter (NE/4) of Section 9, Township 13 North, Range 6 East,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

_____
Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

### ACKNOWLEDGMENT

STATE OF OKLAHOMA   )
                    )SS:
COUNTY OF OKLAHOMA   )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

_____
Notary Public

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-012544 Book 2442 Pg: 653
08/22/2013 10:33 am Pg 0653-0655
Fee:   $ 17.00    Doc:   $ 0.00
Troy Cole - Logan County Clerk
State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.



VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President


STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9th day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

I-2013-012544 Book 2442 Pg: 654
08/22/2013 10:33 am Pg 0653-0655
Fee: $ 17.00   Doc: $ 0.00
Troy Cole - Logan County Clerk
State of Oklahoma



I-2013-012544 Book 2442 Pg: 655
08/22/2013 10:33 am Pg 0653-0655
Fee: $ 17.00 Doc: $ 0.00
Troy Cole - Logan County Clerk
State of Oklahoma



## EXHIBIT A

### Schedule of Property in Logan County, Oklahoma

East Half of the Southeast Quarter (E/2 SE/4) of Section 14, Township 15 North, Range 1 West,


NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

J-2013-3034
STATE OF OKLAHOMA
MARSHALL COUNTY   S S.
THIS INSTRUMENT AS FILED FOR RECORD
on the 22 day of Aug A.D, 20 13
at 9:35 o'clock P M. and duly
recorded
in Book 109 on page 459
Ann Hartin, County Clerk
By 6S Deputy

## DEED IN DISTRIBUTION
(Mineral Interests)

WHEREAS,

    (a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

    (b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

    (c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this ⁹ᵗʰ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee<br>
as above recited<br><br>

By: _____<br>
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9TH day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

**ANNIS HAWKINS**
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

## EXHIBIT A

### Schedule of Property in **Marshall County, Oklahoma**

East Half of the Southeast Quarter of the Northeast Quarter (E/2 SE/4 NE/4) of Section 32 and the Southwest Quarter of the Northwest Quarter (SW/4 NW/4) of Section 33, Both in Township 5 South, Range 6 East of the Indian Base and Meridian



NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

12-

By_PB_____, Deputy
Return to:
John L Roach Inc



Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

I-2013-009147 Book 2124 Pg: 815
08/22/2013 8:00 am  Page(s) 815-817
Fee:    $ 17.00    Doc:    $ 0.00
Pam Beller - McClain County Clerk
State of Oklahoma

## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

    (a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

    (b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

    (c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-009147 Book 2124 Pg: 816
08/22/2013 8:00 am Page(s) 815-817
Fee:  $ 17.00   Doc:  $ 0.00
Pam Beller - McClain County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this ___9th___ day of August, 2013.

> BANK OF AMERICA, N.A., as Trustee
> as above recited
>
> By: _____
> Jimmy L. Proe, Senior Vice President

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

The foregoing instrument was acknowledged before me this __9TH__ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-009147 Book 2124 Pg: 817
08/22/2013 8:00 am Page(s) 815-817
Fee:    $ 17.00    Doc:    $ 0.00
Pam Beller - McClain County Clerk
State of Oklahoma

EXHIBIT A

Schedule of Property in **McClain County, Oklahoma**

Lots Six, Seven and Eight (6, 7 and 8) of Section 1, Township 5 North, Range 1 East,

North Half of the Northwest Quarter of the Southwest Quarter (N/2 NW/4 SW/4) and the Northeast Quarter of the Southwest Quarter (NE/4 SW/4) and the Southeast Quarter of the Northwest Quarter of the Southwest Quarter (SE/4 NW/4 SW/4) and the Northeast Quarter of the Southwest Quarter of the Southwest Quarter (NE/4 SW/4 SW/4) and the South Half of the Southwest Quarter of the Southwest Quarter (S/2 SW/4 SW/4) of Section 9 and the West Half of the Northwest Quarter (W/2 NW/4) and West Half of the Southeast Quarter of the Northwest Quarter (W/2 SE/4 NW/4) of Section 16 all in Township 9 North, Range 4 West,

Northwest Quarter of the Northeast Quarter of the Northeast Quarter (NW/4 NE/4 NE/4) and the Northeast Quarter of the Northeast Quarter (NE/4 NE/4) and the Northeast Quarter of the Southeast Quarter of the Northeast Quarter (NE/4 SE/4 NE/4) and the South Half of the Southeast Quarter of the Northeast Quarter (S/2 SE/4 NE/4) and the East Half of the Southeast Quarter (E/2 SE/4) and the East Half of the West Half of the Southeast Quarter (E/2 W/2 SE/4) and the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (SW/4 SW/4 SE/4) of Section 32 and the West Half of the West Half of the Southwest Quarter (W/2 W/2 SW/4) of Section 33 All in Township 9 North, Range 4 West,

Southwest Quarter of the Northwest Quarter (SW/4 NW/4) of Section 36, Township 5 North, Range 1 East,

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

Exempt Documentary Stamp Tax OS Title 68,   I-2013-427898  Book  1131  Pg: 829
Article 32 Section 3201, Paragraph 4.       08/22/2013 10:06 am   Pg 0829-0831
                                            Fee:   $ 17.00     Doc:   $ 0.00
                                            Dianne Flanders - Okfuskee County
                                                   State of Oklahoma



## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.



This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this __9th__ day of August, 2013.

I-2013-427898 Book 1131 Pg: 830
08/22/2013 10:06 am  Pg 0829-0831
Fee:   $ 17.00     Doc:   $ 0.00
Dianne Flanders - Okfuskee County
State of Oklahoma

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS         §
                       §
COUNTY OF DALLAS       §

The foregoing instrument was acknowledged before me this __9TH__ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.



ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

_____
Notary Public, State of Texas

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-427898 Book 1131 Pg: 831
08/22/2013 10:06 am Pg 0829-0831
Fee: $ 17.00 Doc: $ 0.00
Dianne Flanders - Okfuskee County
State of Oklahoma

EXHIBIT A

## Schedule of Property in **Okfuskee County, Oklahoma**

Northeast Quarter of the Southeast Quarter (NE/4 SE/4) of Section 9, Township 11 North, Range 10 East,

West Half of the Southeast Quarter (W/2 SE/4) of Section 10, Township 12 North, Range 8 East,

Northwest 2.5 acres of the Northeast 10 acres of Lot Three (3) and the South 5 acres of the Northeast 10 acres of Lot Three (3) and the Southeast 10 acres of Lot Three (3) and West 18.6 acres of Lot Three (3) and all of Lot 4 in Section 19, Township 11 North, Range 7 East,

North Half of the Northeast Quarter (N/2 NE/4) of Section 22, Township 12 North, Range 7 East,

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

347056
Stamp Tax Exemption: 68 O.S. Sec.3201

523

## TRUSTEE'S DEED TO JHJ TRUSTS A AND B

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the **James Harry Johnson 1994 Trust** Dated May 16th, 1994, under the authority of Article 4.03 of said Trust and for consideration grants, transfers, assigns, conveys and delivers the following trust property unto:

the **James Harry Johnson Trust "A"** for the benefit of **Justin Paul Gordon** an **undivided one-half (1/2)** interest in and to; and **the James Harry Johnson Trust "B"** for the benefit of **James Cory Toombs**, an **undivided one half (1/2)** interest in and to: all of the oil, gas, and other minerals in and under that may be produced from the following described lands, to wit:

An undivided 2.5 mineral acre (1/16th interest) in and to all the oil, gas, and other minerals in and under and that may be produced from the Northeast Quarter of the Southeast Quarter (NE/4 SE/4) of **Section 9**, Township 11 North, Range 10 East, **Okfuskee** County, Oklahoma.

An undivided 1 mineral acre in and to all the oil, gas, and other minerals in and under and that may be produced from the West Half of the Southeast Quarter (W/2 SE/4) of **Section 10**, Township 12 North, Range 8 East, **Okfuskee** County, Oklahoma.

An undivided .333 mineral acre in and to all the oil, gas, and other minerals in and under and that may be produced from the Northwest 2.5 acres of the Northeast 10 acres of Lot Three (3) and the South 5 acres of the Northeast 10 acres of Lot Three (3) and the Southeast 10 acres of Lot Three (3) and West 18.6 acres of Lot Three (3) and all of Lot 4 in **Section 19**, Township 11 North, Range 7East, **Okfuskee** County, Oklahoma.

An undivided .833 mineral acres (1/96 under 80 acres) in and to all the oil, gas, and other minerals in and under and that may be produced from the North Half of the Northeast Quarter (N/2 NE/4) of **Section 22**, Township 12 North, Range 7 East, **Okfuskee** County, Oklahoma.

TO HAVE AND TO HOLD the above described property in the respective Trusts A and B during the existence of said Trusts. Other distributions recorded, if any, to the JHJ Trust A and JHJ Trust B from the probate proceeding are surplus to this trustee deed.

Signed and delivered this 5 day of MAY, 1998.

Christopher W. Venters, Trustee
Of the James Harry Johnson 1994 Trust

Return to: Harley E. Venters, 7101 M. L. King, OKC, OK 73111

524

STATE OF OKLAHOMA)
COUNTY OF OKLAHOMA) ss.

Before me, the undersigned, a Notary Public in and for said County and State on this 5 day of _MAY_, 1998 personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust dated May 16th, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of the office the day and year last above written.

My Commission expires:
(seal)

_____
NOTARY PUBLIC

At Okemah, Okfuskee County, Oklahoma
I hereby certify that this instrument was
duly recorded in my office on

MAY 11 1998

At 8:A M in Book 866 Page 523
BARBARA L. FOX, County Clerk
By_____ Deputy

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

I-2013-005341  Book 2079  Pg:  656
08/23/2013 9:34 am     Pg 0656-0658
Fee:    $ 17.00       Doc:    $ 0.00
Becky Thomas - Okmulgee County Clerk
State of Oklahoma

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.



## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas  77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-005341  Book 2079  Pg: 657
08/23/2013 9:34 am     Pg 0656-0658
Fee:     $ 17.00     Doc:     $ 0.00
Becky Thomas - Okmulgee County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____

Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9th day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

I-2013-005341  Book 2079  Pg: 658
08/23/2013 9:34 am    Pg 0656-0658
Fee:    $ 17.00    Doc:    $ 0.00
Becky Thomas - Okmulgee County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Okmulgee County, Oklahoma**

South Half of the Southwest Quarter (S/2 SW/4) of Section 14, Township 13 North, Range 12 East,

North Half of the Southwest Quarter (N/2 SW/4) of Section 14, Township 13 North, Range 12 East,


VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM



Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

I-2013-003303 Book 0729 Pg: 80
08/22/2013 2:14 pm Pg 0080-0082
Fee: $ 17.00 Doc: $ 0.00
Marcelee Welch - Pawnee County Clerk
State of Oklahoma



## DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

Case 17-30894  Document 43-1  Filed in TXSB on 08/23/17  Page 53 of 67

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President


STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9TH day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

I-2013-003303  Book  0729  Pg  81
08/22/2013  2:14 pm  Pg 0080-0082
Fee:  $ 17.00    Doc:  $ 0.00
Marcelee Welch - Pawnee County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in **Pawnee County, Oklahoma**

North Half of the Northeast Quarter (N/2 NE/4) of Section 12, Township 20 North, Range 8 East,

I-2013-003303  Book  0729  Pg: 82
08/22/2013   2:14 pm   Pg 0080-0082
Fee:   $ 17.00      Doc:      $ 0.00
Marcelee Welch - Pawnee County Clerk
State of Oklahoma



VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.

### DEED IN DISTRIBUTION
### (Mineral Interests)

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas 77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

I-2013-005301 Book 2777 Pg: 256
08/27/2013 10:00 am Pg 0256-0259
Fee: $ 19.00 Doc: $ 0.00
Pam Walker - Pontotoc County Clerk
State of Oklahoma

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this 9th day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By: _____
Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this 9TH day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.



_____
Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

I-2013-005301  Book 2777  Pg: 257
08/27/2013 10:00 am  Pg 0256-0259
Fee:    $ 19.00    Doc:    $ 0.00
Pam Walker – Pontotoc County Clerk
State of Oklahoma

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

EXHIBIT A

## Schedule of Properties in **Pontotoc County, Oklahoma**

South Half of the Northeast Quarter of the Southeast Quarter (S/2 NE/4 SE/4) and the Southeast Quarter of the Southeast Quarter (SE/4 SE/4) of Section 4, Township 2 North, Range 4 East,

West Half of the Southeast Quarter (W/2 SE/4) of Section 7, Township 5 North, Range 4 East,

Northwest Quarter of the Southeast Quarter (NW/4 SE/4) and the East Half of the Southwest Quarter of the Northeast Quarter (E/2 SW/4 NE/4) and the Southeast Quarter of the Northwest Quarter of the Northeast Quarter (SE/4 NW/4 NE/4) of Section 9, Township 5 North, Range 6 East,

Southwest Quarter of the Northeast Quarter (SW/4 NE/4) and all that part of the East Half of the Northwest Quarter of the Southeast Quarter (E/2 NW/4 SE/4) lying North of Turkey Creek and being four (4) acres; and also that part of the East Half of the West Half of the Southeast Quarter (E/2 W/2 SE/4) lying South of Turkey Creek and West of a line drawn parallel to and distant sixteen (16) feet East from the ten (10) acre subdivision line which bisects the West Half of the Southeast Quarter (W/2 SE/4) and all of the West Half of the Northwest Quarter of the Southeast Quarter (W/2 NW/4 SE/4) and the Northwest Quarter of the Southwest Quarter of the Southeast Quarter (NW/4 SW/4 SE/4) of Section 12, Township 4 North, Range 5 East,

North Half of the Southwest Quarter (N/2 SW/4) of Section 20, in Township 5 North, Range 8 East,

East Half of the Southwest Quarter of the Northeast Quarter (E/2 SW/4 NE/4) and the South Half of the Southeast Quarter of the Northeast Quarter (S/2 SE/4 NE/4) of Section 18, Township 4 North, Range 6 East,

Lot Four (4) and the South Half of the Southeast Quarter of the Southwest Quarter (S/2 SE/4 SW/4) of Section 18, Township 4 North, Range 6 East,

Southeast Quarter of the Southwest Quarter (SE/4 SW/4) of Section 20 and the North Half of the Northwest Quarter (N/2 NW/4) of Section 29, all in Township 5 North, Range 4 East,

I-2013-005301 Book 2777 Pg: 258
08/27/2013 10:00 am Pg 0256-0259
Fee: $ 19.00   Doc: $ 0.00
Pam Walker - Pontotoc County Clerk
State of Oklahoma

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

EXHIBIT A
Page 2

Northeast Quarter of the Northwest Quarter (NE/4 NW/4) of Section 20, Township 3 North, Range 7 East,

Southeast Quarter (SE/4) of Section 21, Township 4 North, Range 7 East,

West Half of the Northeast Quarter (W/2 NE/4) of Section 22, Township 4 North, Range 5 East,

Northwest Quarter of the Northeast Quarter of the Southeast Quarter (NW/4 NE/4 SE/4) and the South Half of the Northeast Quarter of the Southeast Quarter (S/2 NE/4 SE/4) and the West Half of the Southeast Quarter (W/2 SE/4) and the Southeast Quarter of the Southeast Quarter (SE/4 SE/4) of Section 29, Township 4 North, Range 7 East,



I-2013-005301  Book 2777  Pg: 259
08/27/2013 10:00 am  Pg 0256-0259
Fee:   $ 19.00   Doc:   $ 0.00
Pam Walker - Pontotoc County Clerk
State of Oklahoma

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

C 2007

STATE OF OKLAHOMA
PONTOTOC COUNTY SS NO._____
Filed for record on the_____ *17* day
of_____ *April* 19 *95* at_____ *8*
o'clock_____ *A* M., and recorded in
book_____ *1446* at page_____ *289*
LYNN LOFTON, County Clerk
_____ Deputy

**TRUSTEE'S DEED**

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 5th day of April, 1995, in Book 1446 commencing at Page 321 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Pontotoc County, Oklahoma, to-wit:

An undivided 1/80th interest in the North Half of the Southwest Quarter (N/2 SW/4) of Section 20, Township 5 North, Range 8 East,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

_____
Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA    )
                     )SS:
COUNTY OF OKLAHOMA    )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

_____
Notary Public

789

NOT AN OFFICIAL

STATE OF OKLAHOMA
PONTOTOC COUNTY SS NO._____
Filed for record on the_____ / 2 ____ day
of ___April___ 19 95 at 8
o'clock ___/___ M., and recorded in
book____1446____ at page 791
LYNN LOFTON, County Clerk
_____Deputy

n 2009

**TRUSTEE'S DEED**

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 5th day of April, 1995, in Book 1446 commencing at Page 321 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Pontotoc County, Oklahoma, to-wit:

An undivided 1/320th interest in the Southeast Quarter (SE/4) of Section 21, Township 4 North, Range 7 East;

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

_____
Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA    )
                     )SS:
COUNTY OF OKLAHOMA    )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996

_____
Notary Public

OKCOUNTYRECORDS.COM

791

4

O 2011

**TRUSTEE'S DEED**

STATE OF OKLAHOMA
PONTOTOC COUNTY SS NO._____
Filed for record on the_____ day
of___April____ 19_95_ at___8_
o'clock____A____ M., and recorded in
book___1446___ at page___793_
LYNN LOFTON, County Clerk
_____ Deputy

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, filed of record in the office of the County Clerk on the 5th day of April, 1995, in Book 1446 commencing at Page 321 and authority of Article 4.03 of said Trust and for consideration grants and conveys unto Justin Paul Gordon a life estate only in and to an undivided one-half interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Pontotoc County, Oklahoma, to-wit:

An undivided 3 and 1/3 acre interest in the North Half of the Northwest Quarter (N/2 NW/4) of Section 29, Township 5 North, Range 4 East,

TO HAVE AND TO HOLD the above described property to the party of the second part during his natural life.

Signed and delivered this 13th day of April, 1995.

_____
Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994

**ACKNOWLEDGMENT**

STATE OF OKLAHOMA     )
                      )SS:
COUNTY OF OKLAHOMA     )

Before me, the undersigned, a Notary Public in and for said County and State on this 13th day of April, 1995, personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust Dated May 16, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My Commission Expires:
April 21, 1996                    _____
                                         Notary Public

793

I-2013-881028  Book  4596  Pg  251
08/23/2013   2:10 pm   Pg 0251-0252
Fee:   $ 15.00     Doc:   $ 0.00
Cindy Kaiser - Stephens County Clerk
State of Oklahoma   abm

000251

Return to:
Jones, Gotcher & Bogan
15 East 5th Street
Suite 3800
Tulsa, OK 74103

## TRUSTEE'S DEED

### KNOW ALL MEN BY THESE PRESENTS:

That the undersigned Bank of America, N.A. (Successor by merger of Boatmen's National Bank and Trust Company of Oklahoma City), as Successor Trustee of the **James Harry Johnson Trust "A" for the benefit of Justin Paul Gordon** ("Grantor"), does hereby grant, transfer and convey unto **Justin Paul Gordon** ("Grantee"), his heirs and assigns, all right, title interest and estate, both in law and in equity, in Grantor's **undivided one-half (1/2)** interest in and to the following described real property and premises, situate in Stephens County, State of Oklahoma, to wit:

An undivided 10 acres in the Southwest Quarter of the Southwest Quarter of the Northwest Quarter (SW/4 SW/4 NW/4) of Section 4, Township 2 North, Range 4 West, Stephens County, Oklahoma.

including but not limited to all surface rights, and oil, gas, casing-head gas, coal, or other hydrocarbon substances and other minerals under or on such property, without warranty of title, express or implied, as-is, where-is, and subject to any and all easements, restrictions, encumbrances, and reservations of record, if any, and together with all the improvements thereon and the appurtenances thereunto belonging, including all minerals, oil and gas of record (the "Property"). **TO HAVE AND TO HOLD** the Property unto Grantee, and to Grantee's heirs and assigns, forever.

This Trustee's Deed is given with the intent of granting, transferring and conveying unto the said Grantee, Justin Paul Gordon, his heirs and assigns, all right title and interest of said James Harry Johnson Trust "A", and the Trustee thereof in accordance with and pursuant to the terms and provisions of the James Harry Johnson Trust "A", created by the James Harry Johnson 1994 Trust Agreement dated May 16, 1994, as amended.

EXECUTED this ___16___ day of __August__ 2013.

_____
Laurence Schilthuis, Vice President
Bank of America, N.A., Successor
Trustee of the James Harry Johnson
Trust "A" for the benefit of Justin
Paul Gordon.

NO REVENUE STAMPS REQUIRED 68 O.S. SECTION 3202 # _____

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

990111486

000252

## ACKNOWLEDGMENT

STATE OF _Texas_ )
) ss.
COUNTY OF _Dallas_ )

    This Trustee's Deed was acknowledged before me this _16th_ day of _August_ 2013, by Laurence Schilthuis on behalf of Bank of America, N.A., as Successor Trustee of the James Harry Johnson Trust "A" for the benefit of Justin Paul Gordon.

_Debora G. Hicks_
Notary Public

My Commission Expires:

_3/27/14_



DEBORA G HICKS
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-27-14

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

990111486

Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3201, Paragraph 4.



## DEED IN DISTRIBUTION
### (Mineral Interests)

I-2013-003527 Book 1257 Pg: 636
08/22/2013 9:58 am Page(s) 0636-0638
Fee:   $ 17.00   Doc:   $ 0.00
Kristen Dowell - Washita County Clerk
State of Oklahoma

WHEREAS,

(a) by Trust Agreement dated May 16, 1994, amended by instrument dated August 8, 1994, James Harry Johnson, as Settlor and as Trustee, created Trust A therein described for the benefit of Justin Paul Gordon;

(b) Boatmen's National Bank and Trust Company of Oklahoma City, Oklahoma, succeeded as trustee of said Trust A; and

(c) by mesne transactions and events the name of Boatmen's National Bank and Trust Company has become Bank of America, N.A.:

NOW, THEREFORE, to effect a distribution of assets of said James Harry Johnson Trust A, the undersigned BANK OF AMERICA, N.A., as Trustee of such trust, hereby GRANTS, TRANSFERS, ASSIGNS, CONVEYS and DISTRIBUTES to:

JUSTIN PAUL GORDON
P. O. Box 924427
Houston, Texas  77292,

("GRANTEE")

all of the rights, titles and interests held by said BANK OF AMERICA, N.A., as Trustee of said Trust A, in and to the oil, gas and other minerals and royalty in oil, gas and other minerals, in, under and produced from the lands described in Exhibit A hereto.

TO HAVE AND TO HOLD such properties and interests unto said GRANTEE, his heirs and assigns.

Each grant, transfer, assignment and conveyance herein made is made without warranty of title, express or implied.

This instrument was prepared by John L. Roach, Inc.
1925 Lincoln Plaza, 500 N. Akard, Dallas, Texas 75201
as Attorneys for Bank of America, N.A.

This instrument is executed by BANK OF AMERICA, N.A., solely in its fiduciary capacity as trustee as above recited and not in its individual capacity.

This instrument shall be effective for all purposes, including the production of oil and gas, as of August 1, 2013, at 7:00 A.M. at the location of the properties.

Executed this __9th__ day of August, 2013.

BANK OF AMERICA, N.A., as Trustee
as above recited

By:_____

Jimmy L. Proe, Senior Vice President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing instrument was acknowledged before me this __9th__ day of August, 2013, by JIMMY L. PROE, a Senior Vice President of BANK OF AMERICA, N.A., on behalf of such national banking association, and in the capacity therein stated.

Notary Public, State of Texas

ANNIS HAWKINS
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-17

I-2013-003527 Book 1257 Pg: 638
08/22/2013 9:58 am Page(s) 0636-0638
Fee:    $ 17.00    Doc:    $ 0.00
Kristen Dowell - Washita County Clerk
State of Oklahoma

## EXHIBIT A

### Schedule of Property in Washita County, Oklahoma

Northeast Quarter (NE/4) of Section 15, Township 11 North, Range 14 West,

NOT AN OFFICIAL COPY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

2076

Stamp Tax Exemption: 68 O.S. Sec.3201

## TRUSTEE'S DEED TO JHJ TRUSTS A AND B

KNOW ALL MEN BY THESE PRESENTS:

That Christopher W. Venters, Successor Trustee of the **James Harry Johnson 1994 Trust** Dated May 16th, 1994, under the authority of Article 4.03 of said Trust and for consideration grants, transfers, assigns, conveys and delivers the following trust property unto:

the **James Harry Johnson Trust "A"** for the benefit of Justin Paul Gordon an **undivided one-half (1/2)** interest in and to; and **the James Harry Johnson Trust "B"** for the benefit of James Cory Toombs, an **undivided one half (1/2)** interest in and to: all of the oil, gas, and other minerals in and under that may be produced from the following described lands, to wit:

An undivided 1.67 mineral acre in and to all the oil, gas, and other minerals in and under and that may be produced from the Northeast Quarter (NE/4) of **Section 15**, Township 11 North, Range 14 West, **Washita** County, Oklahoma.

TO HAVE AND TO HOLD the above described property in the respective Trusts A and B during the existence of said Trusts. Other distributions recorded, if any, to the JHJ Trust A and JHJ Trust B from the probate proceeding are surplus to this trustee deed.

Signed and delivered this __5__ day of __MAY__, 1998.

_____
Christopher W. Venters, Trustee
Of the James Harry Johnson 1994 Trust

STATE OF OKLAHOMA)
COUNTY OF OKLAHOMA) ss.

Before me, the undersigned, a Notary Public in and for said County and State on this __5__ day of __MAY__, 1998 personally appeared Christopher W. Venters, Trustee of the James Harry Johnson 1994 Trust dated May 16th, 1994, to me known to be the identical person who executed the within and foregoing Trustee's Deed and acknowledged to me that he executed the same as his free and voluntary act and deed as Trustee for the uses and purposes therein set forth.

Given under my hand and seal of the office the day and year last above written.

My Commission expires:
11/14/99
(seal)

_____
NOTARY PUBLIC

STATE OF OKLAHOMA
WASHITA COUNTY ss.

THIS INSTRUMENT WAS FILED THIS 12th DAY OF May, 98 AT 2:05 O'CLOCK P M IN BOOK 872 PAGE 875

ELAINE KAUTZ, COUNTY CLERK, BY

VIEW ADDITIONAL LAND RECORDS AT
OKCOUNTYRECORDS.COM

875