**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 17-30894-H1-7** |
| **JUSTIN PAUL GORDON,** | § | **(Chapter 7)** |
| Debtor. | § | |

### BRENDETTA A. SCOTT AND HOOVER SLOVACEK LLP'S MOTION TO WITHDRAW AS ATTORNEYS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Brendetta A. Scott and Hoover Slovacek LLP (collectively hereinafter referred to as "Movants") asks this court to allow them to withdrawal as attorneys for Justin Paul Gordon ("Mr. Gordon" or "Debtor") and would show the court the following:

### INTRODUCTION

1.      Movants are counsel of record for Mr. Gordon in the above described case.

2.      On February 9, 2017, Movants filed Debtor's Chapter 7 bankruptcy case.

3.      On February 24, 2017, Movants filed Debtor's schedules (Doc. #12) and statement of financial affairs (Doc. #13).

4.      Movants attended three 341(a) Meetings of Creditors: April 27, 2017; May 18, 2017; and June 8, 2017.  Trustee requested that the Debtor amend his schedules and statements of financial affairs (Doc. #23).  Said amendments were made.  See Doc. Nos. 23, 24, and 40.

## ARGUMENT

5.      There is good cause for this court to grant the Motion to Withdraw.

6.      Movants have a professional disagreement with the Debtor, the nature of which requires that they withdraw from the case.

7.      As of the date of filing, the Debtor has given no indication whether he agrees or objects to this motion, or whether he has obtained new counsel.

8.      Movants have previously made their intent to withdraw known to the Debtor.

9.      Movants have delivered a copy of this motion to Justin Paul Gordon by email, certified mail and regular mail.

10.     Justin Gordon's last known address and email address are as follows:

Justin Gordon
1371 Woodcrest Drive
Houston, TX 77018
justinpgordon@gmail.com

11.     The following is a list of all pending settings and deadlines in this case:

a.  Motion of Bank of America, N.A. for Relief from the Automatic Stay Regarding Non-Exempt Property and Waiver of Section 362€Requirement (2015 Airstream Interstate: VIN WD3PF4CD1F5956063), October 26, 2017, at 9:00 a.m. in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002;

b.  Trustee's Motion for Order (A) Scheduling Auction for the Sale of Assets, (B) Approving Procedures for the Submission of Qualifying Bids, and (C) Setting Hearing for Approval of Sale of Assets Free and Clear of Liens, Claims and Encumbrances to the Highest Bidder (Doc. #43), November 16, 2017, at 9:00 a.m. in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002;

c.  Notice of Objection to Discharge and Request for Hearing filed by Robert P. Deyoung (Doc. #45); and

    d. Complaint for Determination of Dischargeability and Objecting to Debtor's Discharge Pursuant to Section 727 of the Bankruptcy Code filed by Robin N. Blanchette (Doc. #46).

12. The withdrawal of Movants as counsel for the Debtor is not sought for purposes of delay.

13. For the foregoing reasons, Hoover Slovacek LLP respectfully requests that this Court grant the Motion and allow Hoover Slovacek LLP and all of its attorneys to withdraw as attorneys of record for Justin Gordon, the Debtor.

DATED: October 19, 2017

Respectfully submitted,

HOOVER SLOVACEK LLP

*/s/ Brendetta A. Scott*

By:_____
BRENDETTA A. SCOTT
State Bar No. 24012219
5051 Westheimer, Suite 1200
Houston, Texas  77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

*Attorneys for Justin Paul Gordon*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2017, a true and correct copy of Brendetta A. Scott and Hoover Slovacek LLP's Motion to Withdraw as Attorneys was served by the Court's ECF notification system to the parties listed below at the email addresses listed.

**17-30894 Notice will be electronically mailed to:**

Robin Nicole Blanchette on behalf of Creditor Robin N. Blanchette
rblanchette@germer.com, rblanchette@germer.com

Janet S Casciato-Northrup
jln@hwa.com, jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

Abbey U. Dreher on behalf of Creditor Bank of America, N.A.
sdecf@BDFGROUP.com, marshak@bdfgroup.com

Hector Duran on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Anthony Fransis Mercurio on behalf of Creditor Robert P Deyoung
tony5959@sbcglobal.net

Lisa M. Norman on behalf of Creditor SBS/Bison Building Materials, LLC d/b/a Bison
lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Douglas J Powell on behalf of Creditor FNA DZ, LLC
djpowell@swbell.net, notices@swbell.net;saugusta@dougpowelllaw.com

Brendetta Anthony Scott on behalf of Debtor Justin Paul Gordon
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Timothy L. Wentworth on behalf of Attorney Timothy L Wentworth
tim.wentworth@cagehill.com, staff@cagehill.com

Timothy L. Wentworth on behalf of Trustee Janet S Casciato-Northrup
tim.wentworth@cagehill.com, staff@cagehill.com

I further certify that on October 19, 2017, a true and correct copy of Brendetta A. Scott and Hoover Slovacek LLP's Motion to Withdraw as Attorney was served by email, CMRRR, and U.S. First Class Mail to the following at the address listed.

**CMRRR#: 9414 7266 9904 2105 0253 03**
Justin Paul Gordon
1371 Woodcrest Drive
Houston, TX 77018
justinpgordon@gmail.com

*/s/ Brendetta A. Scott*
BRENDETTA A. SCOTT